IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE | BANKRUPTCY 23-01428 MCF |
|---|---|
| ALEXIS RAMIREZ ROSADO | CHAPTER 11 |
| Debtor | |

## MOTION AMENDING SCHEDULE A/B

TO THE HONORABLE COURT:

COMES NOW debtor, Alexis Ramirez Rosado, to inform that debtor is amending today Schedule A/B, dated June 15, 2023.

1. The Debtor is amending Schedule "A/B" to reflect the fact that he is the owner of a

50% participation in the post-divorce community property ("propiedad comunal post-

whose only assets are the real property at 28-17 Calle 13, Urb. Santa Rosa, Bayamón,

Puerto Rico and the household items.ganancial.

WHEREFORE, debtor Alexis Martinez respetcfully request from this Honorable Court to take notice of the aforementioned Amended Schedule "A/B".

## NOTICE
## TO ALL CREDITORS AND PARTIES IN INTEREST

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (I) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

## CERTIFICATE OF SERVICE

I hereby certify that on this same date I electronically filed the above document with Clerk of the Court using CM/ECF System which sends a notification of such filing to:

1

2

MONSITA LECAROZ ARRIBAS,
ustpregion21.hr.ecf@usdoj.gov

 I further certify that I have served this document by certified mail, with return receipt to Banco Popular's President: Ignacio Alvarez, Esq., Popular Center North Building, Second Level, 209 Muñoz Rivera Avenue, San Juan, PR 00918; to Monsita Lecaroz Arribas, Assistant US Trustee, Office of The United States Trustee Edificio Ochoa 500 Tanca StreetSuite 301, San Juan, PR 00901-1922

 In Bayamón, Puerto Rico, this June 15, 2023.

/f/ Aníbal Medina Ríos
USDC# 125611
Attorney for debtor
Urb. Santa Cruz
C-23 Calle Marginal
Bayamón, P.R. 00961
Tel: (787)460-6364
Email:medinalaw@gmail.com

```
Label Matrix for local noticing          BANCO POPULAR DE PUERTO RICO          TREASURY DEPARTMENT OF THE COMMONWEALTH OF P
0104-3                                   COLON SANTANA & ASOCIADOS CSP         DEPARTMENT OF JUSTICE
Case 23-01428-MCF11                      315 COLL & TOSTE                      FEDERAL LITIGATION DIVISION
District of Puerto Rico                  SAN JUAN, PR 00918-4026               PO BOX 9020192
Old San Juan                                                                   SAN JUAN, PR 00902-0192
Thu Jun 15 15:37:45 AST 2023

US Bankruptcy Court District of P.R.     ALEXIS RAMIREZ  ROSADO                ANIBAL MEDINA RIOS
Jose V Toledo Fed Bldg & US Courthouse   Urb. Santa Rosa                       URB SANTA CRUZ
300 Recinto Sur Street, Room 109         Calle 13 28-17                        C-23 CALLE MARGINAL
San Juan, PR 00901-1964                  Bayamon PR 00959-6562                 BAYAMON PR 00961-6706


ATTORNEY GENERAL USA                     BANCO POPULAR DE PR                   CRIM
DEPT OF JUSTICE                          PO BOX 362708                         PO BOX 195387
MAIN BLDG 5111                           SAN JUAN PR 00936-2708                SAN JUAN PR 00919-5387
10th AND PENNSYLVANIA AVE NW
WASHINGTON DC 20530-0001


Carlos G Batista Jimenez                 DEPARTMENT OF TREASURY                DEPT OF TREASURY ELA
PO Box 33150                             BANKRUPTCY SECTION 424 B              BANKRUPTCY SECTION 424B
PONCE PR 00733-1150                      P.O. BOX 9024140                      PO BOX 90224140
                                         SAN JUAN, PR 00902-4140               SAN JUAN PR 00902-4140


INTERNAL REVENUE SERVICE (IRS            SECRETARIO HACIENDA PR                SECRETARIO JUSTICIA PR
CENTRALIZED INSOLVENCY OP                PO BOX 90241090                       PO BOX 9020192
POST OFFICE BOX 7346                     SAN JUAN PR 00902                     SAN JUAN PR 00902-0192
PHILADELPHIA PA 19101-7346


ALEXIS RAMIREZ ROSADO                    ANIBAL MEDINA RIOS                    MONSITA LECAROZ ARRIBAS
URB SANTA ROSA                           ANIBAL MEDINA RIOS LAW OFFICE         OFFICE OF THE US TRUSTEE (UST)
28 17 CALLE 13                           C 23 CALLE MARGINAL                   OCHOA BUILDING
BAYAMON, PR 00959-6562                   URB SANTA CRUZ                        500 TANCA STREET  SUITE 301
                                         BAYAMON, PR 00961-6706                SAN JUAN, PR 00901
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)CRIM                                  End of Label Matrix
PO Box 195387                            Mailable recipients    17
SAN JUAN PR 00919-5387                   Bypassed recipients     1
                                         Total                  18
```

| Fill in this information to identify your case and this filing: | | | |
|---|---|---|---|
| Debtor 1 | **ALEXIS** First Name | Middle Name | **RAMIREZ ROSADO** Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: **DISTRICT OF PUERTO RICO** | | | |
| Case number (if known) | 23-01428 MCF | | |

☒ Check if this is an amended filing

Official Form 106A/B

## Schedule A/B: Property         12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest in

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ☒ Yes. Where is the property?

1.1.
**Urb. Santa Rosa**
Street address, if available, or other description
**28-17 Calle 13**

**Bayamon**      **PR**    **00959**
City             State    ZIP Code

**Bayamon**
County

Urb. Santa Rosa, 28-17 Calle 13,
Bayamon, PR 00959

What is the property?
Check all that apply.
☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

Who has an interest in the property?
Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?      Current value of the portion you own?

$160,000.00          $80,000.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☒ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:   **28-17 Calle 13**

**Three bedrooms, 2.5 baths.
Carport, kitchen.
Debtor own this property with his former espouse, Elsie E. Berrios Salgado, 50%. However this property has zero equity since BPPR has filed a Proof of Claim of $246,313.52 for the debt of the late Hector Nazario Cortes and her spouse Ana Lopez Rodriguez.**

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here............................................➔  $80,000.00

Official Form 106A/B                Schedule A/B: Property                page 1

Debtor 1 **ALEXIS RAMIREZ ROSADO** Case number (if known) 23-01428

### Part 2: Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

   ☐ No
   ☑ Yes

   3.1.
   Make: Toyota
   Model: Prius C
   Year: 2012
   Approximate mileage: 84,000
   Other information:
   **2012 Toyota Prius C (approx. 84,000 miles) Fair Condition, Debtor has bare title. Title in name of Hector Garay.**

   Who has an interest in the property? Check one.
   ☑ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ☐ Check if this is community property (see instructions)

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   Current value of the entire property? **$6,000.00**
   Current value of the portion you own? **$6,000.00**

4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☑ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here......................................................... → **$6,000.00**

### Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. Household goods and furnishings
   *Examples:* Major appliances, furniture, linens, china, kitchenware

   ☐ No
   ☑ Yes. Describe..... **TV, Radio, Furniture**  $3,000.00

7. Electronics
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ☑ No
   ☐ Yes. Describe.....

8. Collectibles of value
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☑ No
   ☐ Yes. Describe.....

9. Equipment for sports and hobbies
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☑ No
   ☐ Yes. Describe.....

Debtor 1   **ALEXIS RAMIREZ ROSADO**   Case number (if known) 23-01428

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☑ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☑ Yes. Describe..... Assorted jewelry        $500.00

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☑ No
    ☐ Yes. Describe.....

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☑ No
    ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☑ No
    ☐ Yes. Give specific information.............

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here................ →   **$3,500.00**

## Part 4:  Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?   Current value of the portion you own? Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ☑ Yes................................................................................................ Cash: ..................   $20.00

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ☑ Yes.............................   Institution name:

    17.1.   Checking account:   Oriental Bank xxxxxx0471 - Deposit of Social Security benefits - disability. exempt   $100.00

Official Form 106A/B        Schedule A/B: Property        page 3

Debtor 1  **ALEXIS RAMIREZ ROSADO**                            Case number (if known) __23-01428__

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    - ☑ No
    - ☐ Yes............................ Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    - ☑ No
    - ☐ Yes. Give specific information about them........................ Name of entity:                                      % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    - ☑ No
    - ☐ Yes. Give specific information about them........................ Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    - ☑ No
    - ☐ Yes. List each account separately.    Type of account:    Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    - ☑ No
    - ☐ Yes............................ Institution name or individual:

23. **Annuities** (A contract for a specific periodic payment of money to you, either for life or for a number of years)
    - ☑ No
    - ☐ Yes............................ Issuer name and description:

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    - ☑ No
    - ☐ Yes............................ Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c)

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    - ☑ No
    - ☐ Yes. Give specific information about them

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    - ☑ No
    - ☐ Yes. Give specific information about them

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    - ☑ No
    - ☐ Yes. Give specific information about them

Debtor 1 **ALEXIS RAMIREZ ROSADO**     Case number (if known) __23-01428__

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**
- ☑ No
- ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years......................

Federal: _____
State: _____
Local: _____

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
- ☑ No
- ☐ Yes. Give specific information

Alimony: _____
Maintenance: _____
Support: _____
Divorce settlement: _____
Property settlement: _____

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
- ☑ No
- ☐ Yes. Give specific information

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
- ☑ No
- ☐ Yes. Name the insurance company of each policy and list its value.................  Company name:    Beneficiary:    Surrender or refund value:

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died
- ☑ No
- ☐ Yes. Give specific information

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
- ☑ No
- ☐ Yes. Describe each claim........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
- ☑ No
- ☐ Yes. Describe each claim........

**35. Any financial assets you did not already list**
- ☑ No
- ☐ Yes. Give specific information

Official Form 106A/B      Schedule A/B: Property      page 5

Debtor 1    **ALEXIS RAMIREZ ROSADO**      Case number (if known)    23-01428

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here............................................................................➔ **$120.00**

### Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. Do you own or have any legal or equitable interest in any business-related property?

    ☒ No. Go to Part 6.
    ☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

    ☒ No
    ☐ Yes. Describe..

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

    ☒ No
    ☐ Yes. Describe..

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

    ☒ No
    ☐ Yes. Describe..

41. **Inventory**

    ☒ No
    ☐ Yes. Describe..

42. **Interests in partnerships or joint ventures**

    ☒ No
    ☐ Yes. Describe..... Name of entity:      % of ownership:

43. **Customer lists, mailing lists, or other compilations**

    ☒ No
    ☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?
         ☐ No
         ☐ Yes. Describe....

44. **Any business-related property you did not already list**

    ☒ No
    ☐ Yes. Give specific information.

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here............................................................................➔ **$0.00**

### Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. If you own or have an interest in farmland, list it in Part 1.

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?

    ☒ No. Go to Part 7.
    ☐ Yes. Go to line 47.

Official Form 106A/B      Schedule A/B: Property      page 6

Debtor 1   **ALEXIS RAMIREZ ROSADO**      Case number (if known)    23-01428

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**47. Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☑ No
☐ Yes....

**48. Crops—either growing or harvested**

☑ No
☐ Yes. Give specific information................

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes....

**50. Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes....

**51. Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes. Give specific information................

**52.** Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here............................................................................ ➔    **$0.00**

**Part 7:** **Describe All Property You Own or Have an Interest in That You Did Not List Above**

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific information.

**54.** Add the dollar value of all of your entries from Part 7. Write that number here............................................ ➔    **$0.00**

Official Form 106A/B      Schedule A/B: Property      page 7

Debtor 1 **ALEXIS RAMIREZ ROSADO**     Case number (if known) 23-01428

### Part 8: List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2 ........................................................................................→    **$80,000.00**

56. Part 2: Total vehicles, line 5      **$6,000.00**

57. Part 3: Total personal and household items, line 15      **$3,500.00**

58. Part 4: Total financial assets, line 36      **$120.00**

59. Part 5: Total business-related property, line 45      **$0.00**

60. Part 6: Total farm- and fishing-related property, line 52      **$0.00**

61. Part 7: Total other property not listed, line 54    +    **$0.00**

62. Total personal property. Add lines 56 through 61 .............    **$9,620.00**    Copy personal property total → + **$9,620.00**

63. Total of all property on Schedule A/B. Add line 55 + line 62 ............................................................    **$89,620.00**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE                                                                                          Case No. 23-02428 MCF

ALEXIS RAMIREZ ROSADO                                          Chapter 11

Debtor

DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULE "A/B"

I declare under penalty of perjury that I have read the foregoing Amended Schedule "A/B", dated May 15, 2023, consisting of sheets, and they are true and correct to my best knowledge, information and belief

Date: June 15, 2023

Alexis Ramirez Rosado