## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN RE:** | |
| **ALEXIS RAMIREZ ROSADO** | **CASE NO: 22-01853-MCF** |
| **DEBTOR(S)** | **CHAPTER: 13** |
| **ALEXIS RAMIREZ ROSADO** | |
| Vs. | |
| **BANCO POPULAR OF PUERTO RICO** | |
| And | |
| **JOSE R. CARRION RIVERA**<br>**Trustee** | |
| **Respondents** | |

## ANSWER TO MOTION REQUESTING THE LIFT OF STAY

**TO THE HONORABLE COURT:**

**COMES NOW**, DEBTOR, through the undersigned attorney and respectfully, STATES, ALLEGES and PRAYS:

1. The Debtors filed the present bankruptcy petition on June 29, 2022.

2. On July 26, 2022, secured creditor **BANCO POPULAR OF PUERTO RICO** filed a motion for relief of stay alleging that the Debtor has failed to keep current on the Debtors' direct post-petition mortgage loan payments with such secured creditor.

3. On July 27, 2022, the undersigned talk by the phone with the Debtor to inform her terms and procedures of a motion for relief from stay.

4. The undersigned needs until the initial hearing set for August 16, 2022 to allow the Debtor to gather the evidence of the payments and to discuss with the creditor the payments that will be paid by the Debtor to cure the post-petition mortgage loan arrears.

MOTION REQUESTING
THE LIFT OF STAY

**WHEREFORE,** Debtor respectfully requests this Honorable Court to deny Banco Popular of Puerto Rico the motion for relief of stay.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY:** that on this same date, I electronically filed the above document with the Clerk of the Court using the CM/ECF Filing System which sends notification of such filing to all those who is this case have registered for received for of notice by electronic mail. I further certify that the foregoing has been served to U.S. Trustee at ustpregion21.hrecf@usdoj.gov and by depositing true and correct copies thereof in the United States Mail, postage prepaid, to the non ECF/CM participants: Debtor(s) and parties in interest that have filed notices of appearance, included in the service list attached to the original hereof.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico this 27th day of July 2022.

/S/Victor C. Thomas Santiago
USDC PR 209807
Attorney for Debtor
127 De Diego Avenue
Cond. Vallecillos Apt. 1-A
San Juan, Puerto Rico 00911
Tel. (787) 722-5601
Fax (787) 724-6366
E-mail: vthomas@thomasmag.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 22-01853-MCF13<br>District of Puerto Rico<br>Old San Juan<br>Wed Jul 27 15:23:25 AST 2022 | BANCO POPULAR DE PUERTO RICO<br>MORTGAGE COUNSELING AND BANKRUPTCY (762)<br>PO BOX 362708<br>SAN JUAN, PR 00936-2708 | US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 |
| BANCO POPULAR DE PR<br>GPO BOX 2708<br>San Juan, PR 00936 | DEPARTAMENTO DE HACIENDA DE PR<br>BANKRUPTCY DEPARTMENT<br>PO BOX 9024140<br>SAN JUAN, PR 00902-4140 | DEPARTMENT OF TREASURY<br>BANKRUPTCY SECTION 424B<br>PO BOX 9024140<br>SAN JUAN, PR 00902-4140 |
| PR TELEPHONE CO<br>PO BOX 70367<br>SAN JUAN, PR 00936-8367 | ALEXIS RAMIREZ ROSADO<br>CALLE 13 BLOQ 28 #17<br>URB SANTA ROSA<br>BAYAMON, PR 00959-6562 | JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 |
| MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901 | VICTOR THOMAS SANTIAGO<br>127 DE DIEGO AVE APT 1-A<br>SAN JUAN, PR 00911-1909 | End of Label Matrix<br>Mailable recipients    10<br>Bypassed recipients    0<br>Total                 10 |