Attachment 15

1295.040

Pg. 1

COMMONWEALTH OF PUERTO RICO
COURT OF FIRST INSTANCE
BAYAMÓN PART

BANCO POPULAR DE PUERTO RICO

--------------------------------------------------------

              PLAINTIFF

                VS.

RAMÍREZ ROSADO, ALEXIS aka

--------------------------------------------------------

            DEFENDANT

CASE NO.: D CD2013-2003
ROOM: 0502

COLLECTION OF MONIES
MORTGAGE FORECLOSURE
CAUSE/FELONY

ATTY. SOSA PADRÓ CARLOS ROBERTO
PO BOX 191682
SAN JUAN, PR  00919-1682

N O T I F I C A T I O N

      I CERTIFY THAT REGARDING REQUEST FOR AMENDMENT NUNC PRO TUNC, ON FEBRUARY 20, 2014 THE COURT ISSUED THE ORDER ----------------------------------WHICH IS TRANSCRIBED BELOW:

GRANTED.

SND. IVONNE DÍAZ PÉREZ
JUDGE

      I ALSO CERTIFY THAT TODAY I SENT A COPY BY MAIL OF THIS NOTIFICATION TO THE FOLLOWING PEOPLE TO THEIR INDICATED ADDRESSES, HAVING FILED IN RECORDS ON THIS SAME DATE A COPY OF THIS NOTIFICATION.

BERRIOS SALGADO, ELSIE E. aka
URB. SANTA ROSA
17-28 CALLE 13
BAYAMÓN, PR 00959

BERRIOS SALGADO, ELSIE ENID
URB. SANTA ROSA
17-28 CALLE 13
BAYAMÓN, PR 00959



*Certified to be a true and exact translation from the original text in Spanish to the target language English.*
*24/MAY/2023 ♦ Translations & More: 787-637-4906*

PG. 02                                                              CASE NO.: D CD2013-2003
                                                                    ROOM: 0502

BERRIOS SALGADO, ELSIE E.
URB. SANTA ROSA
17-28 CALLE 13
BAYAMÓN, PR 00959

RAMÍREZ ROSADO, ALEXIS aka
URB. SANTA ROSA
17-28 CALLE 13
BAYAMÓN, PR 00959

RAMÍREZ, ALEXIS
URB. SANTA ROSA
17-28 CALLE 13
BAYAMÓN, PR 00959

BAYAMÓN, PUERTO RICO ON FEBRUARY 27, 2014.

                              RUTH APONTE COTTO
                              ----------------------------------------------------------------------
                                                  CLERK
                        BY:   ROSANNA SÁNCHEZ REYES
                              ----------------------------------------------------------------------
                                              DEPUTY CLERK


O.A.T. 75-C NOTIFICATION OF RULINGS AND ORDERS
WWW.RAMAJUDICIAL.PR/TELETRIBUNALES (787) 759-1888 / ISLAND 1-877-759-1888 TOLL FREE



*Certified to be a true and exact translation from the original text in Spanish to the target language English.*
*24/MAY/2023 ♦ Translations & More: 787-637-4906*

1295.040
07-101-001-208391-4

## COMMONWEALTH OF PUERTO RICO
## COURT OF FIRST INSTANCE
## BAYAMÓN SUPERIOR PART

| | |
|---|---|
| **BANCO POPULAR DE PUERTO RICO**<br><br>Plaintiff<br><br>vs.<br><br>**ALEXIS RAMIREZ ROSADO aka ALEXIS RAMIREZ his wife, ELSIE E. BERRIOS SALGADO aka ELSIE ENID BERRIOS SALGADO and as ELSIE E. BERRIOS**<br><br>Defendant | **CIVIL NO.: DCD2013-2003**<br>**ROOM: 502**<br><br>RE:<br><br><br>**MORTGAGE FORECLOSURE BY ORDINARY MEANS** |

### PARTIAL JUDGMENT IN REM AMENDED NUNC PRO TUNC

Having heard the Motion requesting the annotation of Default and Judgment In Rem regarding the lawsuit, together with the corresponding Affidavit, as required by Rule 45.2(b) of the Civil Procedure, and having the Trustee appointed by the Bankruptcy Court abandoned the property subject to foreclosure in this case, which voids the protection of the Automatic Stay Order provided by law for real estate as an asset in the bankruptcy, the foreclosure proceeding against the property is ordered to continue, and having not paid the sums owed, nor having in the claim an assertion that must be verified in order to be corroborated by the Affidavit, as well as by the documents that were made part of the aforementioned Motion, the Court,

Grants the lawsuit in the cause of action of mortgage foreclosure, and consequently issues a Judgment "In REM" (only against the property), and orders the execution of the judgment through the sale at public auction of the property given in guarantee of the loan in order to pay the plaintiff, Banco Popular de Puerto Rico, the sums claimed in the complaint, which as of April 1, 2007, amounted to **$79,064.01** of principal, plus accrued interest at 7.50% per annum from that

date onwards, plus the agreed surcharges for late payment and the items for mortgage insurance, an amount that will continue to increase due to interest and surcharges to accumulate from that date onwards until the date of total payment thereof, plus the stipulated amount for expenses, costs and attorney fees.

The Bailiff of this Court is ordered, upon request, to proceed to sell in public auction to the highest bidder the following property:

> URBAN: Lot located in the SANTA ROSA URBANIZATION, located in the Juan Sanchez neighborhood of Bayamón, Puerto Rico, which is described in the urbanization registration plan, with the area and boundaries listed below: Lot number 17 of Block A28*, with a surface area of 315.00 square meters. In borders: by the NORTH, with the lot number 18, distance of 21.00 meters; by the SOUTH, with lot number 16, distance of 21.00 meters; by the EAST, with lot number 10, distance of 15.00 meters; and by the WEST, with the street number 13, distance of 15.00 meters. It contains a concrete house for a family.
>
> Property 18,849, registered to Folio 246 of Volume 416 of Bayamon, Bayamón Registry, Section I.

The announcement for the sale by public auction will be made in accordance with the provisions of Rule 51.7 of the 2010 Rules of Civil Procedure.

If the sale by public auction of the real estate property is held, the sum of **$91,258.00** will serve as minimum rate for the first auction to be held.

**REGISTER AND NOTIFY.**

Issued in Bayamon, Puerto Rico, on November 7, 2013. Amended Nunc Pro Tunc on *February 20,* 2014.

[Signature]
IVONNE DÍAZ PÉREZ
**SUPERIOR COURT JUDGE**

*Certified to be a true and exact translation from the original text in Spanish to the target language English. 24/MAY/2023 ♦ Translations & More: 787-637-4906*

PAG. 01

1895-040

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA DE BAYAMON

BANCO POPULAR DE PUERTO RICO
-------------------------------------------
             DEMANDANTE
                VS.
RAMIREZ ROSADO, ALEXIS t/c/c
-------------------------------------------
             DEMANDADO

CASO NUM:   D CD2013-2003
SALON: 0502

COBRO DE DINERO
EJECUCION DE HIPOTECA
CAUSAL/DELITO

CARLOS R. SOSA PADRO
LAW OFFICE, CSP
FEB 2 8 2014
RECIBIDO

LIC. SOSA PADRO CARLOS ROBERTO
PO BOX 191682
SAN JUAN, PR 00919-1682

N O T I F I C A C I O N

CERTIFICO QUE EN RELACION CON SOLICITUD ENMIENDA NUNC PRO TUNC -- EL DIA 20 DE FEBRERO DE 2014   EL TRIBUNAL DICTO LA ORDEN ------------------ QUE SE TRANSCRIBE A CONTINUACION:

HA LUGAR.

FDO.  IVONNE DIAZ PEREZ
JUEZ

CERTIFICO ADEMAS QUE EN EL DIA DE HOY ENVIE POR CORREO COPIA DE ESTA NOTIFICACION A LAS SIGUIENTES PERSONAS A SUS DIRECCIONES INDICADAS, HABIENDO EN ESTA MISMA FECHA ARCHIVADO EN LOS AUTOS COPIA DE ESTA NOTIFICACION.

BERRIOS SALGADO, ELSIE E. t/c/c
URB. SANTA ROSA
17-28 CALLE 13
BAYAMON, PR 00959

BERRIOS SALGADO, ELSIE ENID
URB. SANTA ROSA
17-28 CALLE 13
BAYAMON, PR 00959

PAG. 02  CASO NUM:D CD2013-2003
SALON:0502

BERRIOS, ELSIE E.
URB. SANTA ROSA
17-28 CALLE 13
BAYAMON, PR 00959

RAMIREZ ROSADO, ALEXIS t/c/c
URB. SANTA ROSA
17-28 CALLE 13
BAYAMON, PR 00959

RAMIREZ, ALEXIS
URB. SANTA ROSA
17-28 CALLE 13
BAYAMON, PR 00959

BAYAMON, PUERTO RICO, A 27 DE FEBRERO DE 2014

RUTH APONTE COTTO
-------------------------------
SECRETARIO
POR: ROSANNA SANCHEZ REYES
-------------------------------
SECRETARIO AUXILIAR

O.A.T.750-NOTIFICACION DE RESOLUCIONES Y ORDENES
WWW.RAMAJUDICIAL.PR/TELETRIBUNALES(787)759-1888/ISLA 1-877-759-1888 LIBRE DE COSTO

1

1295.040
07-101-001-208391-4

**ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE BAYAMON**

| | |
|---|---|
| **BANCO POPULAR DE PUERTO RICO**<br><br>Demandante<br><br>vs.<br><br>**ALEXIS RAMIREZ ROSADO** t/c/c **ALEXIS RAMIREZ** su esposa, **ELSIE E. BERRIOS SALGADO** t/c/c **ELSIE ENID BERRIOS SALGADO** y como **ELSIE E. BERRIOS**<br><br>Demandada | **CIVIL NÚM.: DCD2013-2003**<br>**SALA: 502**<br><br>**SOBRE:**<br><br>EJECUCIÓN DE HIPOTECA POR LA VÍA ORDINARIA |

## SENTENCIA PARCIAL IN REM ENMENDADA NUNC PRO TUNC

Vista la Moción solicitando la anotación de Rebeldía y Sentencia In Rem en cuanto a la demandada, junto a la Declaración Jurada correspondiente, según requiere la Regla 45.2(b) de las de Procedimiento Civil, y habiendo el Síndico designado por el Tribunal de Quiebra abandonado la propiedad objeto de ejecución en este caso, lo que deja sin efecto la protección de la Orden de paralización automática provista por ley sobre el inmueble como un activo en la quiebra, se ordena que continúe el proceso de ejecución de hipoteca en contra de la propiedad, y no habiéndose pagado las sumas adeudadas, ni habiendo en la demanda aseveración que tenga que comprobarse por estar los hechos corroborados con la Declaración Jurada, así como por los documentos que se hicieron formar parte de la referida Moción, el Tribunal,

Declara Con Lugar la Demanda en la causa de acción de ejecución de hipoteca, y en su consecuencia dicta Sentencia "In REM" (solo contra la propiedad), y ordena la ejecución de la sentencia mediante la venta en pública subasta de la propiedad dada en garantía del préstamo para con su producto pagar a la parte demandante, Banco Popular de Puerto Rico, las sumas reclamadas en la Demanda que al 1ro de abril de 2007 ascendía a la cantidad de **$79,064.01** de principal, más los intereses acumulados al 7.50% anual desde esa fecha en adelante, más los recargos por mora pactados y las partidas por seguro hipotecario, suma que continuará en aumento por los intereses

y recargos por acumularse desde esa fecha en adelante hasta la fecha del total pago de las mismas, más la suma estipulada, para gastos, costas y honorarios de abogado.

Se ordena al Alguacil de este Tribunal que, previa solicitud, proceda a vender en pública subasta al mejor postor la siguiente propiedad:

> **URBANA:** Solar radicado en la **URBANIZACIÓN SANTA ROSA**, situada en el Barrio Juan Sánchez de Bayamón, Puerto Rico, que se describe en el plano de inscripción de la urbanización, con el área y colindancias que se relacionan a continuación: Número del solar 17 de la Manzana A28", con el área del solar de 315.00 metros cuadrados. En lindes: por el **NORTE**, con el solar número 18, distancia de 21.00 metros; por el **SUR**, con el solar número 16, distancia de 21.00 metros; por el **ESTE**, con el solar número 10, distancia de 15.00 metros; y por el **OESTE**, con la calle número 13, distancia de 15.00 metros. Contiene una casa de concreto para una familia.
>
> Finca 18,849, inscrita al Folio 246 del Tomo 416 de Bayamón, Registro de Bayamón, Sección I.

El anuncio para la venta en pública subasta se hará conforme a lo dispuesto en la Regla 51.7 de las de Procedimiento Civil de 2010.

De celebrarse la venta en pública subasta de la propiedad inmueble, servirá de tipo mínimo para la primera subasta que se celebre, la suma de **$91,258.00**.

**REGISTRESE Y NOTIFIQUESE.**

Dada en Bayamón, Puerto Rico, el 7 de noviembre de 2013. Enmendada Nunc Pro Tunc el _20_ de _febrero_ de 2014.

IVONNE DÍAZ PÉREZ
**JUEZ SUPERIOR**