

‹ Previous                                                                                    Next ›

## 31 L.P.R.A. § 5046

**Copy Citation**

Current through all acts translated by the Translation Office of the Puerto Rico Government through the 2011 Legislative Session and various acts from 2012 to the present. Please note that the official translations come in irregular intervals and not necessarily in act number order. Appendix IV (Rules of Evidence for the General Court of Justice, 1979) of Title 32 has been replaced by Appendix VI (Rules of Evidence for the General Court of Justice, 2009) of Title 32 by Order of the Supreme Court dated Sept. 4, 2009, but the official translation is not yet available. Also, the official translations of Appendices XII through XXII of Title 3, which encompass various reorganization plans of the Puerto Rico Government and promulgated in 2010 through 2012, have not yet been received. For all missing translations, please consult the Spanish version

Laws of Puerto Rico Annotated     TITLE THIRTY-ONE Civil Code (Subts. Preliminary Subtitle — 4)     Subtitle 4 Obligations and Contracts (Pts. I — XVIII)     PART XV. Contracts of Pledge, Mortgage, and Antichresis (Chs. 381 — 387)     Chapter 385. Mortgage (§§ 5041 — 5048)

## § 5046. Liability of third possessor of property mortgaged

A creditor may demand from the third possessor of the property mortgaged the payment of the part of the credit secured with what the latter may possess, in the terms and with the formalities established by law.

## History

—Civil Code, 1930, § 1778.

Laws of Puerto Rico Annotated
Copyright © 2023 LAWS OF PUERTO RICO ANNOTATED, Copyright 1955-2014 by the Secretary of State of Puerto Rico and LEXISNEXIS of Puerto Rico, Inc. All rights reserved.

‹ Previous                                                                                    Next ›



About

Cookie Policy

RELX™

Privacy Policy

Terms & Conditions

Copyright © 2023 LexisNexis.