**Edificio MAPFRE**
297 cl. César González,  **SAN JUAN**  PR 00918-1739

PO BOX 70333, **SAN JUAN**  PR 00936-8333



9 de junio de 2023

**ALEXIS RAMIREZ ROSADO Y/O  ELSIE ENID BERRIOS**
**URB SANTA ROSA**
**28-17 CALLE 13**
**BAYAMON PR 00959-6562**

| | |
|---|---|
| **Número de Póliza** | : 1777238006264 |
| **Fecha Efectividad** | : 09-JUN-2023 |
| **Seguro Social** | : IND 1777238006264 |
| **Representante Autorizado o Productor** | : JOSE A. MORENO ROMAN |
| **Prima a Pagar** | : $452.00 |
| Estimado(a) | : ALEXIS RAMIREZ ROSADO Y/O  ELSIE ENID BERRIOS |

Queremos  felicitarle  por su excelente  decisión de contar  con  MAPFRE  para  su  póliza de seguro. Estamos seguros que nuestro producto será de su completa satisfacción.

MAPFRE  además pone a su disposición la más  amplia gama de seguros  Personales,  Comerciales, Vida y Salud para dar respuesta a todas sus necesidades aseguradoras.

Si  necesita  orientación sobre su póliza o alguno de nuestros productos  puede  comunicarse  con su Representante  Autorizado,  Productor  o  llame a  TELEMAPFRE  al  787-250-5214  (Area Metro) o  al 1-888-835-3634 (Isla).

Le  agradecemos  la  confianza  depositada  en  nosotros  como  su  compañía  de  seguros.  Estamos para servirle.

Cordialmente,

_____
**Presidente y Principal Oficial Ejecutivo**

**MAPFRE PRAICO INSURANCE COMPANY**          T. (787) 250-6500  F. (787) 250-5370          **MAPFRE PAN AMERICAN INSURANCE COMPANY**
                                              W. www.mapfrepr.com                            **MAPFRE LIFE INSURANCE COMPANY OF PUERTO RICO**

JF_999_BIENV
Rev. 11/2013

**MAPFRE PRAICO INSURANCE COMPANY**

**MAPFRE | PUERTO RICO**

Una Compañía de Seguros por Acciones en adelante denominada la Compañía
PO BOX 70333, SAN JUAN PR  00936-8333
T. (787) 250-6500  F. (787) 250-5370
W. www.mapfrepr.com

Pág./Page    1    de/of    2

## POLIZA MULTILINEAL PERSONAL / PERSONAL PACKAGE POLICY
## FACTURA / INVOICE

| | |
|---|---|
| **Asegurado / Insured** | ALEXIS RAMIREZ ROSADO Y/O  ELSIE ENID BERRIOS |
| | URB SANTA ROSA |
| **Dirección Postal / Postal Address** | 28-17 CALLE 13 |
| | BAYAMON PR 00959-6562 |

| | |
|---|---|
| **Póliza / Policy** | 1777238006264 |
| **Fecha Factura / Invoice Date** | 09-JUN-2023 |
| **Fecha Corrida / Run Date** | 09-JUN-2023 |
| **Expediente / File Number** | AL-ELS-0000 |
| **Núm. Identificación / Identification Number** | IND 1777238006264 |

**Acreedor / Mortgagee**

| | |
|---|---|
| **Código Acreedor / Mortgagee Code** | |
| **Núm. Préstamo / Loan Number** | |

| | |
|---|---|
| **Productor / Producer** | 44941  JOSE A. MORENO ROMAN |
| | PO BOX 421 |
| **Corredor / Broker** | BAYAMON PR 00960-0421 |
| **Agencia / Agency** | |

| | |
|---|---|
| **Comisión / Commission** | |
| **Sucursal / Branch** | BAYAMON |

\* Claves al dorso/ See reverse side.

| Número de Factura / Invoice Number | Claves / Codes * Trans. | Efectividad/ Effective | Vencimiento / Expiration | Prima / Premium | Balance / Balance |
|---|---|---|---|---|---|
| 154431385 | NN | 09-JUN-2023 | 09-JUN-2024 | $452.00 | $452.00 |
| | | **Total a Pagar / Payment Amount :** | | $452.00 | $452.00 |

Según reglamentación actual,  esta póliza no entra en vigor hasta que el pago de la prima requerida sea recibido. Véase endoso adjunto a la póliza.  /
According to present regulations, this policy will not be in force until the payment of the required premium has been received.  See endorsement attached to the policy.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**T A L O N D E P A G O**
**P A Y M E N T S T U B**

**DESPRENDA ESTE TALON Y ENVIELO CON SU PAGO / DETACH AND SEND THIS STUB WITH YOUR PAYMENT**

**MAPFRE PRAICO INSURANCE COMPANY**

**MAPFRE | PUERTO RICO**

Una Compañía de Seguros por Acciones en adelante denominada la Compañía
PO BOX 70333, SAN JUAN PR  00936-8333
T. (787) 250-6500  F. (787) 250-5370
W. www.mapfrepr.com

| | |
|---|---|
| **Asegurado / Insured** | ALEXIS RAMIREZ ROSADO Y/O  ELSIE ENID BERRIOS |
| | URB SANTA ROSA |
| **Dirección Postal / Postal Address** | 28-17 CALLE 13 |
| | BAYAMON PR 00959-6562 |

| | |
|---|---|
| **Póliza / Policy** | 1777238006264 |
| **Factura / Invoice** | 154431385 |
| **Vencimiento del Pago / Payment Due Date** | 09-JUN-2023 |
| **Total a Pagar / Payment Amount** | $452.00 |

Copia del  Asegurado    /    Insured   Copy

JF_999_FACTURA (0)
02/06 70158493

1777238006264    060923    0000045200    3    154431385    00070274

Case:23-01428-MCF11   Doc#:28-12   Filed:06/22/23   Entered:06/22/23 21:45:39   Desc:
Exhibit Evidence of Insurance   Page 3 of 39

Pág./Page   2   de/of   2

## CLAVES DE TRANSACCION / TRANSACTIONS CODES:

AD Prima Adicional / Additional Premium
AJ Ajuste de Póliza / Policy Adjustment
AP Crédito / Credit
AT Anulación Total / Total Annulment
AU Auditoría de Prima / Premium Audit
CA Cancelación solicitada por Asegurado / Cancellation requested by the Assured
CB Cancelación solicitada por Banco / Cancellation requested by the Bank.
CF Cancelación solicitada por Financiera / Cancellation requested by the Finance Company
CC Cancelación solicitada por Compañia / Cancellation requested by the Company
CP Cancelación por falta de pago / Cancellation for non payment of premium
ES Estado Situación / Balance Statement
NN Negocio Nuevo / New Business
RE Reinstalación / Reinstatement
RF Renovación / Renewal

**DIVULGACION PARA TRANSFERENCIA DE FONDOS ELECTRONICAMENTE / DISCLOSURE FOR ELECTRONIC FUNDS TRANSFER**

ENVIANDONOS UN CHEQUE COMO PAGO DE SU CUENTA, USTED AUTORIZA A MAPFRE | PUERTO RICO LA CONVERSION DE CHEQUES PARA SER TRANSFERIDOS ELECTRONICAMENTE O MEDIANTE DRAFT COMO ENTRADA DE DEBITO EN EFECTIVO TIPO ACH O DRAFT A LA CUENTA DE MAPFRE | PUERTO RICO. ADEMAS USTED SE COMPROMETE A CUMPLIR CON LAS REGLAS DE N.A.C.H.A. Y EN EL EVENTO QUE EL EFECTIVO O CHEQUE SEA DEVUELTO POR FALTA DE FONDOS, SE COMPROMETE A PAGAR DICHOS RECHAZOS, MAS IMPUESTOS, INTERESES Y CARGOS MAXIMOS APLICABLES POR LEY. POR FAVOR, SOMETA SU PAGO CON EL CUPON DE PAGO Y ESCRIBA EL NUMERO DE POLIZA EN EL CHEQUE.

BY SENDING US A CHECK IN PAYMENT ON YOUR ACCOUNT, YOU AUTHORIZE US THE CONVERSION OF CHECKS TO ELECTRONIC FUNDS TRANSFER OR DRAFTS FOR SUBMISSION AS ACH DEBIT ENTRY OR DRAFT TO MAPFRE | PUERTO RICO ACCOUNT. ALSO YOU AGREE TO BE BOUND TO N.A.C.H.A. RULES AND AGREE IN THE EVENT ITEMS OR CHECKS RETURN UNPAID, TO PAY RETURNED ITEMS, PLUS APPLICABLE TAXES, INTEREST AND THE MAXIMUM RETURNED CHECK FEES ALLOWED BY LAW. PLEASE SUBMIT YOUR PAYMENT WITH THE PAYMENT COUPON AND WRITE DOWN THE POLICY NUMBER IN THE CHECK.

**\*\* AVISO / DISCLAIMER.**

MAPFRE PUERTO RICO NO SE RESPONSABILIZA POR COSTOS ADICIONALES QUE SU PROVEEDOR DE TELEFONÍA LE PUEDA INCURRIR POR MENSAJES DE TEXTO, TRANSFERENCIA DE DATOS O MINUTOS DE VOZ.

MAPFRE PR WILL NOT BE RESPONSIBLE FOR ADDITIONAL COSTS YOUR PHONE PROVIDER MAY CHARGE YOU FOR TEXT MESSAGES, DATA TRANSFER OR VOICE MINUTES.

Método de Impresión / Printing Method: Póliza / Suplemento: 1777238006264 / 0

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
CORTE ESTE TALON Y ENVIELO SI CAMBIA SU DIRECCION POSTAL / DETACH AND SEND THIS STUB FOR CHANGE ADDRESS

| NUMERO DE POLIZA / POLICY NUMBER | SEGURO SOCIAL (ULT 4 DIG) / SOCIAL SECURITY (LST 4 DIG) |
| --- | --- |
| NOMBRE / NAME | |
| CALLE Y NUMERO / STREET AND NUMBER | |
| CIUDAD Y ESTADO / CITY AND STATE | |
| CODIGO POSTAL / ZIP CODE | |
| NUMERO TELEFONO / TELEPHONE NUMBER | Movil Si / Mobile Yes ☐ * |
| CORREO ELECTRON. / E-MAIL | ☐ * |

\* Marque para recibir mensajes por este medio. / Check if you agree to receive messages through this means.   \*\* Ver Aviso / See Disclaimer.

Fecha/Date: _____     Firma del Cliente/Client Signature: _____

**MAPFRE PRAICO INSURANCE COMPANY**

**MAPFRE | PUERTO RICO**

Una Compañía de Seguros por Acciones en adelante denominada la Compañía
PO BOX 70333, SAN JUAN PR  00936-8333

Pag.   1   de  1

## POLIZA MULTILINEAL PERSONAL - DECLARACIONES

| Asegurado Dirección Postal | | Póliza | 1777238006264 |
|---|---|---|---|
| ALEXIS RAMIREZ ROSADO Y/O  ELSIE ENID BERRIOS<br>URB SANTA ROSA<br>28-17 CALLE 13<br>BAYAMON PR 00959-6562 | | **Fecha Efectividad**<br>12:01 AM Hora Oficial | 09-JUN-2023 |
| | | **Fecha de Vencimiento**<br>12:01 AM Hora Oficial | 09-JUN-2024 |
| **Productor/ Corredor/Agencia Dirección Postal** | 44941  JOSE A. MORENO ROMAN<br>PO BOX 421<br>BAYAMON PR 00960-0421 | **Póliza Anterior** | |
| | | **Num. Expediente** | AL-ELS-0000 |
| | | **Num. Identificación** | IND 1777238006264 |

Nosotros proveeremos el seguro descrito en esta póliza a cambio de la prima del cumplimiento de todas las disposiciones aplicables de la póliza.

Esta póliza consiste de las cubiertas donde se indica una prima. Esta prima puede estar sujeta a cambios.

| Cubiertas Aseguradas | Primas |
|---|---|
| SECCION I      -    SEGURO AUTOMOVIL PERSONAL | $ .00 |
| SECCION II     -    SEGURO DE VIVIENDA | $422.00 |
| SECCION III    -    RESPONSABILIDAD CIVIL PERSONAL | $ .00 |
| SECCION IV    -    YATE PERSONAL | $ .00 |
| SECCION V     -    UMBRELLA PERSONAL | $ .00 |
| SECCION VI    -    SEGURO DE MASCOTA | $ .00 |
| SECCION VII   -    SEGURO MISCELANEOS | $30.00 |
| ** AJUSTE PRIMA MINIMA | $ .00 |

**(Descuento Buena Experiencia**      $0.00      **incluido)**

**Prima Total**      $452.00

| Número y fecha de edición de los formularios y endosos adheridos a esta póliza al momento de emitirse |
|---|
| |

Esta póliza entrará en vigor a las 12:01 A.M. hora oficial de la fecha de efectividad en la dirección del asegurado nombrado tal y como aquí se indica.
Esta póliza no será válida a menos que esté refrendada por un agente autorizado.

**Usuario - Oficina**      TRW777 - SAN JUAN I

En    SAN JUAN    Puerto Rico    09-JUN-23    , refrendada por:

Alexis Sánchez Geigel   -   Presidente y Principal Oficial Ejecutivo

Esta Declaración debe ser complementada por declaraciones, formularios y endosos aplicables para cada sección de las cubiertas.

**MAPFRE PRAICO INSURANCE COMPANY**

**MAPFRE | PUERTO RICO**

Una Compañía de Seguros por Acciones en adelante denominada la Compañía
PO BOX 70333, SAN JUAN PR  00936-8333

Pag.    1    de  3

## POLIZA MULTILINEAL PERSONAL - SECCION II SEGUROS DE VIVIENDA

| **Asegurado** **Dirección Postal** | ALEXIS RAMIREZ ROSADO Y/O  ELSIE ENID BERRIOS URB SANTA ROSA 28-17 CALLE 13 BAYAMON PR 00959-6562 | **Póliza** | 1777238006264 |
|---|---|---|---|

**Fecha Efectividad**
12:01 AM Hora Oficial — 09-JUN-2023

**Fecha de Vencimiento**
12:01 AM Hora Oficial — 09-JUN-2024

| **Productor/** **Corredor/Agencia** | 44941  JOSE A. MORENO ROMAN PO BOX 421 BAYAMON PR 00960-0421 |
|---|---|

**Póliza Anterior**

**Num. Expediente**   AL-ELS-0000

**Num. Identificación**   IND 1777238006264

Se provee seguro únicamente para aquellos peligros y sólo para aquellas cubiertas indicadas abajo y por las cuales se ha cargado una prima y contra otros peligros o para otras cubiertas, sólo cuando fuere indicado o hecho formar parte de esta póliza.

### DESCRIPCION Y LOCALIZACION DEL RIESGO  # 1

SOBRE UN EDIFICIO RESIDENCIAL DE 1 PLANTA(S), OCUPADO,

PARA 1 FAMILIA(S), CONSTRUIDO DE MATERIAL RESISTENTE AL FUEGO.

URB SANTA ROSA

CALLE 13 BLQ 28 #17

BAYAMON PR 00959-1847

Coaseguro aplicable es   100%  para Peligros Asegurados excepto Terremoto y   100%  para Terremoto y Erupción Volcánica.

| CUBIERTA ASEGURADA | SUMA ASEGURADA | | PELIGROS ASEGURADOS | PRIMAS DE PROPIEDAD | |
|---|---|---|---|---|---|
| | Peligros Asegurados Excepto Terremoto y Erupción Volcánica | Terremoto y Erupción Volcánica | | A Vivienda | C Propiedad Personal |
| A.  VIVIENDA | $          160,000 | $          160,000 | FUEGO | $          17 | $          2 |
| B.  OTRAS ESTRUCTURAS | $ | $ | CUBIERTA AMPLIADA | $          128 | $          41 |
| C.  PROPIEDAD PERSONAL | $          30,000 | $          30,000 | VANDALISMO O DAÑOS MALICIOSOS | $ | $ |
| D.  VALOR ALQUILER RAZONABLE | $ | $ | TERREMOTO Y  ERUPCION VOLCANICA | $          192 | $          27 |
| E. GASTOS ADICIONALES DE VIVIENDA (HASTA 25% POR MES) | $ | $ | | | |

**Prima Vivienda y Propiedad  Personal :**    $          337.00    $          70.00

**Prima Total Vivienda + Propiedad Personal :**    $          407.00

**Total Prima Cubiertas Adicionales :**    $          15.00

T. (787) 250-6500  F. (787) 250-5370
W. www.mapfrepr.com

**MAPFRE PRAICO INSURANCE COMPANY**

**⊛ MAPFRE | PUERTO RICO**

Una Compañía de Seguros por Acciones en adelante denominada la Compañía
PO BOX 70333, SAN JUAN PR  00936-8333

Pag.    2    de    3

## POLIZA MULTILINEAL PERSONAL - SECCION II SEGUROS DE VIVIENDA

| Asegurado | ALEXIS RAMIREZ ROSADO Y/O  ELSIE ENID BERRIOS | Póliza | 1777238006264 |
|---|---|---|---|

| CUBIERTAS ADICIONALES | SUMA ASEGURADA | | PRIMAS |
|---|---|---|---|
| | Peligros Asegurados Excepto Terremoto y Erupción Volcánica | Terremoto y Erupción Volcánica | |
| COSTO REEMPLAZO CUB.C | $        30,000 | | 15.00 |

| | | |
|---|---|---|
| Prima Propiedad Riesgo :    **1** | $        422.00 |
| Prima Total de la Sección : | $        422.00 |

### Número y fecha de edición de los formularios y endosos adheridos a esta póliza al momento de emitirse

04-181 09/12, 04.035 05/05, 04.036 08/98, 26.105 11/18, 04.122 01/99, 04.022 04/00, 04.042 09/00, DP-0344 05/04, DP-0158 07/93, ILN 133 12/05

Esta póliza entrará en vigor a las 12:01 A.M. hora oficial de la fecha de efectividad en la dirección del asegurado nombrado tal y como aquí se indica.
Esta póliza no será válida a menos que esté refrendada por un agente autorizado.

Usuario - Oficina | TRW777 - SAN JUAN I

En    SAN JUAN    Puerto Rico    09-JUN-23    , refrendada por:

Alexis Sánchez Geigel  - Presidente y Principal Oficial Ejecutivo

**MAPFRE PRAICO INSURANCE COMPANY**

Ⓜ️ **MAPFRE | PUERTO RICO**

Una Compañía de Seguros por Acciones en adelante denominada la Compañía
PO BOX 70333, SAN JUAN PR  00936-8333

Pag.   3   de  3

## POLIZA MULTILINEAL PERSONAL - SECCION II SEGUROS DE VIVIENDA

| Asegurado | ALEXIS RAMIREZ ROSADO Y/O  ELSIE ENID BERRIOS | Póliza | 1777238006264 |
|---|---|---|---|

### DEDUCIBLES

| | | |
|---|---|---|
| $ 250 para los peligros asegurados excepto Tormenta de Viento, Huracán o Granizo, Terremoto y Erupción Volcánica. | 2% sobre suma asegurada para Tormenta de Viento, Huracán o Granizo ( No menos de $  500  ) | 2% sobre suma asegurada para Terremoto y Erupción Volcánica ( No menos de    $  250 |

En caso de pérdida cubrimos solamente aquella parte de la pérdida sobre el deducible indicado.

### DEDUCIBLES POR CUBIERTAS

| CUBIERTAS/PELIGROS ASEGURADOS | LIMITES DE RESPONSABILIDAD | DEDUCIBLE |
|---|---|---|
| **VIVIENDA** | | |
| INCENDIO Y OTROS PELIGROS | 160,000 | 250 |
| TORMENTA DE VIENTO, HURACAN O GRANIZO | 160,000 | 3,200 |
| TERREMOTO | 160,000 | 3,200 |
| **PROPIEDAD PERSONAL** | | |
| INCENDIO Y OTROS PELIGROS | 30,000 | 250 |
| TORMENTA DE VIENTO, HURACAN O GRANIZO | 30,000 | 600 |
| TERREMOTO | 30,000 | 600 |

**MAPFRE PRAICO INSURANCE COMPANY**

**MAPFRE | PUERTO RICO**

Una Compañía de Seguros por Acciones en adelante denominada la Compañía
PO BOX 70333, SAN JUAN PR 00936-8333

Pag.   1   de   1

## POLIZA MULTILINEAL PERSONAL SECCION VII - SEGUROS MISCELANEOS

| | | | |
|---|---|---|---|
| **Asegurado Dirección Postal** | ALEXIS RAMIREZ ROSADO Y/O  ELSIE ENID BERRIOS<br>URB SANTA ROSA<br>28-17 CALLE 13<br>BAYAMON PR 00959-6562 | **Póliza** | 1777238006264 |
| | | **Fecha Efectividad**<br>12:01 AM Hora Oficial | 09-JUN-2023 |
| | | **Fecha de Vencimiento**<br>12:01 AM Hora Oficial | 09-JUN-2024 |
| **Productor/ Corredor/Agencia Dirección Postal** | 44941  JOSE A. MORENO ROMAN<br>PO BOX 421<br>BAYAMON PR 00960-0421 | **Póliza Anterior** | |
| | | **Num. Expediente** | AL-ELS-0000 |
| | | **Num. Identificación** | IND 1777238006264 |

| ASISTENCIA AL HOGAR | | |
|---|---|---|
| **RIESGO** | **LOCALIZACION DE LA(S) PROPIEDAD(ES) CUBIERTA(S)** | **PRIMA** |
| 1 | URB SANTA ROSA  CALLE 13 BLQ 28 #17 BAYAMON PR 00959-1847 | $30.00 |
| | **Prima Total de la Sección** | $30.00 |

| Número y fecha de edición de los formularios y endosos adheridos a esta póliza al momento de emitirse |
|---|
| 04.020 06/99 |

Esta póliza entrará en vigor a las 12:01 A.M. hora oficial de la fecha de efectividad en
la dirección del asegurado nombrado tal y como aquí se indica.
Esta póliza no será válida a menos que esté refrendada por un agente autorizado.

**Usuario - Oficina**   TRW777 - SAN JUAN I

En    SAN JUAN   Puerto Rico   09-JUN-23   , refrendada por:

Alexis Sánchez Geigel    -    Presidente y Principal Oficial Ejecutivo

**04.020 06/99**

## PERIODO DE ESPERA. ENDOSO A LA CUBIERTA DE ASISTENCIA DE EMERGENCIA AL HOGAR

El siguiente apartado se añade a la sección DISPOSICIONES GENERALES de la cubierta de Asistencia de Emergencia al Hogar.

**PERIODO DE ESPERA**

**La cubierta de Asistencia de Emergencia al Hogar bajo esta póliza entrará en vigor a las 12:01 a.m. hora de Puerto Rico del decimosexto (16) día siguiente a la fecha de solicitud de dicha cubierta.**

Este endoso aplica únicamente a cubiertas de nueva contratación, no renovaciones de la cubierta.

**⊛ MAPFRE | PUERTO RICO**

## CUBIERTA PARA PROPIEDAD REFRIGERADA

Por una prima adicional, proporcionaremos seguro, hasta $500, para la propiedad cubierta almacenada en congeladores o refrigeradores en el "predio de residencia" por pérdida directa causada por:

1. La interrupción del servicio eléctrico a la unidad de refrigeración. La interrupción debe ser causada por daño al generador o al equipo de transmisión; o

2. La falla mecánica de la unidad que almacena la propiedad.

La cubierta aplicará solamente si usted ha mantenido la unidad de refrigeración en adecuadas condiciones de funcionamiento inmediatamente antes de la pérdida.

Este endoso no aumenta el límite de responsabilidad de la Cubierta C – Propiedad Personal.

La exclusión de Falla en la Energía de la Sección I no aplica a esta cubierta.

Deducible Especial

El siguiente deducible aplica a la pérdida cubierta de propiedad refrigerada:

Pagaremos únicamente aquella parte de la pérdida que exceda $100. Ningún otro deducible aplica a esta cubierta.

Todas las demás disposiciones de esta póliza aplican.

04.022 04/2000

**VIVIENDA**
**04.035 05/2005**

## ESTE ENDOSO CAMBIA LA PÓLIZA. POR FAVOR, LÉALO CUIDADOSAMENTE.

### CLÁUSULAS DE DEDUCIBLE PORCENTUAL PARA TORMENTA DE VIENTO, HURACÁN O GRANIZO PUERTO RICO

**TABLA\***

| Deducible Porcentual que aplica | Lugar |
|---|---|
| | |

\* Puede dejarse en blanco si la información aparece en otro lugar de la póliza para esta cubierta.

Por la prima cobrada, nosotros pagaremos solamente aquella parte de cada pérdida que exceda el deducible porcentual correspondiente a la Cláusula Para Tormenta de Viento, Huracán o Granizo establecido arriba, en caso de pérdida física directa a propiedad cubierta bajo esta póliza causada por Tormenta de Viento, Huracán o Granizo.

Con respecto a la propiedad en un lugar descrito arriba, el deducible porcentual que usted seleccione aplicará:

a. separadamente bajo las Cubiertas **A**, **B** y **C**; y

b. separadamente a cada lugar.

Ninguna otra disposición de deducible en la póliza aplica a pérdida física directa causada por Tormenta de Viento, Huracán o Granizo.

Si el límite de responsabilidad básico sobre cierta propiedad se aumenta por endoso, y esa propiedad es destruida o dañada, se utilizará el límite de responsabilidad total correspondiente a dicha Cubierta, y no el monto de la pérdida, para calcular y aplicar el deducible porcentual a toda propiedad asegurada bajo dicha Cubierta que sea destruida o dañada.

### CLÁUSULA DE DEDUCIBLE DE 1% PARA TORMENTA DE VIENTO, HURACÁN O GRANIZO

Para determinar la cantidad, si hubiese alguna, que nosotros pagaremos por pérdida o daño, deduciremos una cantidad igual al 1% del límite de responsabilidad correspondiente a la Cubierta **A**, **B** o **C**. Aplicaremos este deducible separadamente a cada una de estas Cubiertas. Pero esta cantidad de deducible no será menor que la mayor de las siguientes cantidades: $250 o la cantidad del deducible señalada en las Declaraciones para toda pérdida física directa a propiedad cubierta bajo esta póliza causada por Tormenta de Viento, Huracán o Granizo. Esta cantidad mínima aplica a cada pérdida independientemente del número de lugares sujetos a la Cláusula de Deducible de 1%.

### CLÁUSULA DE DEDUCIBLE DE 2% PARA TORMENTA DE VIENTO, HURACÁN O GRANIZO

Para determinar la cantidad, si hubiese alguna, que nosotros pagaremos por pérdida o daño, deduciremos una cantidad igual al 2% del límite de responsabilidad correspondiente a la Cubierta **A**, **B** o **C**. Aplicaremos este deducible separadamente a cada una de estas Cubiertas. Pero esta cantidad de deducible no será menor que la mayor de las siguientes cantidades: $500 o la cantidad del deducible señalada en las Declaraciones para toda pérdida física directa a propiedad cubierta bajo esta póliza causada por Tormenta de Viento, Huracán o Granizo. Esta cantidad mínima aplica a cada pérdida independientemente del número de lugares sujetos a la Cláusula de Deducible de 2%.

04.035 05/2005

## CLÁUSULA DE DEDUCIBLE DE 5% PARA TORMENTA DE VIENTO, HURACÁN O GRANIZO

Para determinar la cantidad, si hubiese alguna, que nosotros pagaremos por pérdida o daño, deduciremos una cantidad igual al 5% del límite de responsabilidad correspondiente a la Cubierta A, B o C. Aplicaremos este deducible separadamente a cada una de estas Cubiertas. Pero esta cantidad de deducible no será menor que la mayor de las siguientes cantidades: $1,000 o la cantidad del deducible señalada en las Declaraciones para toda pérdida física directa a propiedad cubierta bajo esta póliza causada por Tormenta de Viento, Huracán o Granizo. Esta cantidad mínima aplica a cada pérdida independientemente del número de lugares sujetos a la Cláusula de Deducible de 5%.

## EJEMPLO

El límite de responsabilidad correspondiente a la Cubierta A – Vivienda indicado en las declaraciones es   $75,000

El deducible porcentual es   5%

El total de las pérdidas a la vivienda es   $10,000

Paso 1: $75,000 x 5% = deducible de $3,750

Paso 2: pérdida de $10,000 - $3,750 = $6,250

El monto de la pérdida que recuperaría la persona asegurada es $6,250.

Todas las demás disposiciones de esta póliza aplican.

NUMERO DE POLIZA:

**VIVIENDA**
· 04.036  08/98

## TERREMOTO - PUERTO RICO

Por una prima adicional, aseguramos por daño físico directo causado por Terremoto, incluyendo sacudidas o temblores de tierra antes, durante o después de una erupción volcánica, la propiedad descrita en las Cubiertas A, B o C y cubiertas bajo este endoso.

1. Una o más sacudidas de terremoto ocurridas dentro de un periodo de setenta y dos (72) horas se consideran como un único terremoto.

## CUBIERTAS Y LIMITES

El seguro aplicará solamente con respecto a la(s) cubierta(s) y límite(s) de responsabilidad indicados a continuación:

| Cubierta(s) | Límite(s) de responsabilidad |
|---|---|
| 1. | 1. |
| 2. | 2. |
| 3. | 3.. |
| 4. | 4. |

2. La siguiente disposición de deducible reemplaza cualquier otra disposición de deducible en esta póliza con relación a las pérdidas cubiertas por este endoso: Pagaremos solamente la parte de la pérdida para cada Cubierta citada más arriba que exceda el ____%* del límite de responsabilidad para esa Cubierta. Este porciento de deducible se aplicará separadamente a cada una de las cubiertas citadas más arriba.

En cualquier caso, la cantidad total de deducible no será inferior a $250.

### EXCLUSIONES ESPECIALES

1. No cubrimos pérdida alguna resultante directa o indirectamente de una inundación de cualquier naturaleza o de una marejada, ya sea causada por, resultante de, o contribuida o agravada por un terremoto.
   ☒  La siguiente exclusión aplica.*
   ☐  No aplica.
2. No cubrimos pérdida alguna a revestimientos externos de mampostería. El valor del revestimiento externo de mampostería se deducirá antes de aplicar la cláusula de deducible. Para los fines de esta exclusión, el estuco no se considera un revestimiento externo de mampostería.

Esta cubierta no aumenta otros límites de responsabilidad declarados en esta póliza y no incluye el costo de relleno de terrenos.

La exclusión Movimiento de Tierras de la Sección I no se aplica a una pérdida causada por un terremoto, incluyendo sacudidas o temblores de tierra antes, durante o después de una erupción volcánica.

* Los espacios en blanco pueden dejarse vacíos si la información aparece en otro lugar de esta póliza para esta cubierta.

Todas las demás disposiciones de esta póliza se mantienen en vigor.

04.042 09/2000
PRS

## ESTE ENDOSO CAMBIA LA POLIZA. POR FAVOR, LEALO CUIDADOSAMENTE.

## COSTO DE REEMPLAZO PARA LA PROPIEDAD PERSONAL

### SECCION I

Por una prima adicional, las pérdidas cubiertas de la siguiente propiedad se ajustarán al costo de reemplazo que tenían en el momento de producirse la pérdida:

a. Cubierta C - Propiedad Personal;

b. Si están cubiertos bajo esta póliza, toldos o marquesinas de lona, metal, plástico o madera, alfombras, accesorios domésticos, antenas exteriores y equipos externos, ya estén o no conectados a edificios.

La cubierta de Costo de Reemplazo Para la Propiedad Personal también aplicará a los siguientes artículos o clases de propiedad si están descritos separadamente y específicamente asegurados en esta póliza:

a. Joyería;

b. Pieles y prendas de vestir adornadas con piel o que consisten principalmente de piel;

c. Cámaras fotográficas, proyectores, películas, y accesorios asociados con el equipo;

d. Equipo de música y accesorios asociados con el equipo;

e. Artículos de plata, artículos revestidos de plata, artículos de oro, artículos revestidos de oro y artículos de peltre, pero excluyendo plumas, lápices, frascos, artículos de fumador o joyería; y

f. Equipo de jugar al golf, es decir, palos, ropa y otros accesorios de golf.

La cubierta de Costo de Reemplazo Para la Propiedad Personal no se aplicará a otras clases de propiedad, descritas separadamente y específicamente aseguradas.

### 1. PROPIEDAD NO ELEGIBLE

La propiedad listada abajo no es elegible para ser ajustada a base de costo de reemplazo. Cualquier pérdida será ajustada al valor real en efectivo que tenía la propiedad en el momento de producirse la pérdida, aunque sin exceder la cantidad necesaria para su reparación o reemplazo.

a. Antigüedades, obras de arte, pinturas y artículos de rareza o antigüedad similar los cuales no pueden ser reemplazados.

b. Cosas dignas de recordación, recuerdos, piezas de coleccionista y artículos similares cuya edad o historia contribuyen a su valor.

c. Artículos no mantenidos en condiciones buenas o funcionales.

d. Artículos que estén pasados de moda u obsoletos y estén almacenados o no se usen.

### 2. COSTO DE REEMPLAZO

El siguiente procedimiento de ajuste de pérdidas aplica a toda propiedad asegurada bajo este endoso:

a. Pagaremos sin exceder la menor de las cantidades siguientes:

(1) Costo de reemplazo en el momento de producirse la pérdida sin deducción por depreciación;

(2) El costo total de reparación en el momento de producirse la pérdida;

(3) El límite de responsabilidad que aplique a la Cubierta C, si es aplicable;

(4) Cualesquiera límites especiales de responsabilidad que apliquen, establecidos en esta póliza; o

(5) Por la pérdida a cualquier artículo descrito separadamente y específicamente asegurado en esta póliza, el límite de responsabilidad que aplique al artículo.

b. Cuando el costo de reemplazo por la pérdida completa bajo este endoso sea más de $500, no pagaremos más del valor real en efectivo por la pérdida o daño hasta que se hayan completado los trabajos de reparación o reemplazo.

c. Usted podrá presentar una reclamación por pérdida a base de valor real en efectivo y luego presentar una reclamación dentro de 180 días después de la pérdida por cualquier responsabilidad adicional de acuerdo con este endoso.

Todas las demás disposiciones de esta póliza aplican.

Este Documento Contiene Material De Insurance Service Office, Inc.
Derechos Reservados, Insurance Services Office, Inc., 1990

04.115 02/99

# MAPFRE | PUERTO RICO

P.O.BOX 70333, SAN JUAN, PUERTO RICO 00936-8333

## ENDOSO DE ASISTENCIA DE EMERGENCIA AL HOGAR

### ACUERDO DE SEGURO

Nosotros proporcionaremos el seguro descrito en este endoso a cambio del pago de la prima y cumplimiento por parte del asegurado de todas las disposiciones pertinentes de este endoso.

### DEFINICIONES

En esta póliza, los términos "usted" y "su" se refieren al "asegurado" que aparece en las Declaraciones. "Nosotros", "nos" y "nuestro" se refieren a la Compañía que proporciona este seguro. Además, ciertas palabras y frases se definen de la manera siguiente:

* Asegurado: el propietario, el arrendador o el arrendatario de la vivienda designada en las Declaraciones de esta póliza.

* Vivienda asegurada: se entiende por tal la vivienda que se designe en las Declaraciones de la póliza, donde el Asegurado tiene su residencia habitual o de temporada. Dentro de tal concepto se comprenden también las construcciones, dependencias e instalaciones anexas ubicadas en el sitio perteneciente a la vivienda y en el cual ésta se encuentra localizada.

* Catástrofe: lo cual se refiere a un accidente desencadenado por la acción del hombre, las fuerzas de la naturaleza o circunstancias tecnosociológicas, susceptible de causar una multiplicidad de daños en las personas, los bienes y el medio ambiente debido a sus proporciones o intensidad.

* Accidente: Acto o hecho que se deriva de una causa violenta, súbita, externa e involuntaria que produce daños en la vivienda asegurada

* Ambito territorial: Estado Libre Asociado de Puerto Rico.

## CUBIERTA A: SERVICIO DE ASISTENCIA DE EMERGENCIA AL HOGAR

### 1.    CUBIERTAS

En virtud del presente Contrato la Compañía proveerá a los asegurados servicios de emergencia de asistencia al hogar prestados por profesionales cualificados, cuando los primeros se encuentren en dificultades como consecuencia de un evento fortuito acaecido en la vivienda asegurada, siempre que se relacione con alguna de las siguientes contingencias:

1.1.    PLOMERIA

En caso de necesidad de reparación de rotura accidental de tuberías, llaves u otras instalaciones fijas de agua de la vivienda asegurada, la Compañía enviará un profesional que realizará la reparación de emergencia que se requiera para corregir la avería, siempre y cuando el estado de tales instalaciones lo permita.

Case:23-01428-MCF11   Doc#:28-12   Filed:06/22/23   Entered:06/22/23 21:45:39   Desc:
Exhibit Evidence of Insurance   Page 16 of 39

04.115 02/99

Los costos de traslado del operador, de materiales y mano de obra que se requieran para la reparación de urgencia serán por cuenta de la Compañía hasta un máximo de $300 por cada evento y con un límite de tres eventos por año de vigencia de la póliza. En caso de que el costo de la reparación fuera superior a la citada cantidad, la diferencia será por cuenta del asegurado.

También estarán garantizados los destapes de tuberías fijas de la vivienda, vistas o no vistas, siempre que se encuentren en el interior de la misma. En este caso, los costos de traslado del profesional, de materiales y de mano de obra que se requieran para realizar la reparación del destape de la tubería, serán por cuenta de la Compañía hasta un máximo de $100 por cada evento. En caso de que el costo del destape fuese superior a esta cantidad, la diferencia será por cuenta del asegurado.

El número máximo de eventos entre la cubierta de plomería y la de destapes será de 3 por cada año de vigencia de la póliza.

Quedan excluidas de la presente cubierta:
- La reparación de averías o fallas de cualquier elemento ajeno a las tuberías, llaves y otras instalaciones fijas de origen propias de la vivienda.
- La reparación de daños por filtración o humedad, aunque sean consecuencia de la rotura de las tuberías y otras instalaciones mencionadas en el punto anterior.
- La reparación y/o reposición de aparatos sanitarios, calderas, calentadores, radiadores, acondicionadores de aire y, en general, cualquier enser eléctrico conectado a las tuberías de agua de la vivienda.
- Los destapes de instalaciones y/o tuberías pertenecientes a enseres.

1.2.    ELECTRICIDAD
En caso de falta de energía eléctrica en la vivienda asegurada o dentro de su predio, producida como consecuencia de una falla o avería en las instalaciones eléctricas de la misma, la Compañía enviará un operador que realizará la reparación de emergencia necesaria para restablecer el suministro de energía, siempre que el estado de las instalaciones lo permita.

Los costos de traslado del operador, de materiales y mano de obra que se requieran para la reparación serán por cuenta de la Compañía hasta un máximo de $300 por cada evento y con un límite de tres eventos por año de vigencia de la póliza. En caso de que el costo de la reparación fuera superior a la citada cantidad, la diferencia será por cuenta del asegurado.

Quedan excluidas de la presente cubierta:
- La reparación de elementos propios de la iluminación, tales como lámparas, bombillas o tubos fluorescentes, interruptores y enchufes.
- La reparación de averías que sufran los acondicionadores de aire, enseres y motores eléctricos y electrónicos incluyendo computadoras y, en general, de cualquier avería de aparatos que funcionen por suministro eléctrico.
- La reparación de plantas de energía eléctrica y calentadores solares.
- La reparación en fallas de electricidad que ocurran fuera del predio de la residencia.

1.3.    CERRAJERIA
En caso de pérdida, extravío o robo de llaves o inutilización de cerraduras por otra causa accidental, que haga imposible el acceso a la vivienda asegurada, la Compañía enviará un operador que realizará la reparación de emergencia necesaria para restablecer la apertura y el correcto funcionamiento de la cerradura. Asimismo, queda expresamente cubierta la cerradura de la puerta de acceso al garaje.

Los costos de traslado del operador, de materiales y mano de obra que se requieran para la reparación serán de cargo de la Compañía hasta un máximo de $300 por cada evento y con un límite de tres eventos por año de vigencia de la póliza. En caso de que el costo de la reparación fuera superior a la citada cantidad, la diferencia será por cuenta del asegurado.

En caso de producirse el bloqueo del acceso a la vivienda asegurada por alguna de las contingencias mencionadas en el párrafo 1 de este punto 1.3., la Compañía se hará cargo, además, de pagar los gastos y daños derivados de la extracción de las personas que hubieren quedado en el interior de la vivienda hasta un máximo de $500 por evento.

Quedan excluidas de la presente cubierta las puertas y armarios interiores.

1.4.    CRISTALERIA

En caso de rotura accidental de vidrios o cristales de puertas o ventanas que formen parte del exterior de la vivienda asegurada, la Compañía enviará

Case:23-01428-MCF11   Doc#:28-12   Filed:06/22/23   Entered:06/22/23 21:45:39   Desc:
Exhibit Evidence of Insurance   Page 17 of 39

04.115 02/99

un operador que procederá a la reposición del elemento afectado por la rotura.

Los costos de traslado del operador, de materiales y mano de obra que se requieran para la

reparación serán de cargo de la Compañía hasta un máximo de $300 por cada evento y con un límite de tres eventos por año de vigencia de la póliza. En caso de que el costo de la reparación fuera superior a la citada cantidad, la diferencia será por cuenta del asegurado.

## 2.   CONDICION DE EMERGENCIA

El concepto de "emergencia" vendrá determinado por la necesidad de reparar la avería con carácter inmediato y subordinado a los siguientes criterios:

2.1.   PLOMERIA
Rotura de instalaciones fijas de la vivienda asegurada, que produzcan daños, ya sea en los bienes del Asegurado, o en los de otras personas. Las instalaciones de propiedad comunitaria, o de otros terceros, no se considerarán como pertenecientes a la vivienda, aún cuando puedan estar situadas en su predio. Taponamiento de tuberías fijas de la vivienda, siempre que se encuentren en el interior de la misma.

2.2.   ELECTRICIDAD
Ausencia total o parcial del suministro de energía eléctrica en alguna de las fases de la instalación de la vivienda asegurada, siempre que el origen de la avería se sitúe en el interior de la misma o en alguna de sus dependencias.

2.3.   CERRAJERIA
Cualquier contingencia que impida el acceso del Asegurado a la vivienda asegurada y que haga necesaria la intervención de un cerrajero, o de servicios de emergencia, por no existir otras soluciones alternas. Las instalaciones de propiedad comunitaria, o de otros terceros, no se considerarán como pertenecientes a la vivienda, aún cuando puedan estar situadas en su predio.

2.4.   CRISTALERIA
Rotura de cristales de ventanas o de cualquier otra superficie acristalada que forme parte del exterior de la vivienda asegurada, en tanto en cuanto tal rotura determine la falta de protección de la misma frente a fenómenos meteorológicos o actos malintencionados de terceras personas.

## 3.   EXCLUSIONES GENERALES

Sin perjuicio de las exclusiones específicas mencionadas en la cláusula 1, quedan excluidos de la cubierta del endoso los siguientes daños y contingencias:

3.1.   Los provocados intencionalmente por el Asegurado.
3.2.   Los que tuviesen su origen o fueren consecuencia directa o indirecta de guerra, guerra civil, conflictos armados, insurrección, sublevación, rebelión, sedición, motín, huelga, desorden popular y otros hechos que alteren la seguridad interior del Estado o del orden público.

3.3   Los que tuviesen su origen o fueren consecuencia de terremoto o temblor de tierra, erupción volcánica, inundación, daños por tormenta de viento, huracán o granizo y otros fenómenos similares de la naturaleza o catástrofe, y fuego.
3.4.   Los que tuviesen su origen o fueren consecuencia directa o indirecta de riesgo nuclear, entendiendo como tal cualquier reacción, radiación o contaminación radioactiva nucleares, ya sean controladas o sin controlar o causadas de cualquier forma o cualquier consecuencia de las mismas.
3.5.   Los servicios que el Asegurado haya concertado por su cuenta, sin la previa comunicación o sin el consentimiento de la Compañía.

04.115 02/99

## 4. FORMA DE PRESTAR LOS SERVICIOS

Los servicios de emergencia que se obliga a proporcionar la Compañía se realizarán por empresas profesionales o proveedores designados por ella.

La Compañía queda relevada de responsabilidad cuando, por la ocurrencia de hechos ó acontecimientos imprevistos que hicieran del todo imposible ofrecer el servicio ó requerirían hacerlo bajo grave peligro, no pueda efectuar cualquiera de los servicios específicamente previstos en este endoso. Sin embargo, se reembolsará el gasto que haya tenido el asegurado por el servicio que no fue prestado hasta un importe que no podrá exceder el límite máximo establecido para las distintas clases de cubiertas y a los costos contratados por la Compañía.

No obstante, en estos casos, la Compañía quedará obligada a compensar los gastos que expresamente haya autorizado a efectuar al Asegurado, para obtener directamente las prestaciones garantizadas en esta cubierta. En tal caso, la Compañía reembolsará los gastos efectivos hasta una suma que en ningún caso excederá la responsabilidad máxima por evento indicada en la cláusula 1.

En el mismo caso, los servicios deberán prestarse por empresas, profesionales o proveedores expresamente aceptados por la Compañía. En caso contrario, serán de exclusivo cargo del Asegurado los gastos incurridos.

## 5. PROCEDIMIENTO

Todos los servicios para la asistencia de emergencia al hogar deben ser solicitados a la Compañía al teléfono específico que ella tiene para estos efectos durante las 24 horas del día y los 365 días del año. A tal efecto, el Asegurado deberá indicar, además del tipo de servicio que requiera, los siguientes datos:

- Nombre y apellidos.
- Número de póliza.
- Dirección de la vivienda asegurada.
- Número de teléfono.

La llamada telefónica será considerada como aviso de reclamación, por lo cual el Asegurado autoriza expresamente a la Compañía para que la reclamación sea anotada o registrada y para que la llamada sea grabada, con el fin de que quede constancia del aviso respectivo y del trámite que se le haya dado.

## CUBIERTA B: SERVICIO DE CONTACTO CON PROFESIONALES

Acordamos con el asegurado lo siguiente, sujeto a todos los términos y condiciones de este endoso:

## 1. CUBIERTA

En virtud del presente contrato la Compañía, a solicitud del Asegurado, le proporcionará información, pondrá a su disposición o enviará a su domicilio profesionales o personal de empresas que puedan formular un estimado, contratar y, en su caso, ejecutar las obras o lo que el Asegurado desee realizar respecto de alguna de las siguientes especialidades:

1. Plomería
2. Cerrajería y puertas blindadas
3. Electricidad
4. Cristalería
5. Seguridad y vigilancia
6. Albañilería
7. Pintura
8. Carpintería
9. Mudanzas
10. Alfombras
11. Servicios de limpieza
12. Fumigación
13. Persianas
14. Toldos

04.115 02/99

15. Techos
16. Refrigeración
17. Jardinería

Esta lista está abierta a posibles ampliaciones y, por tanto, pueden realizarse consultas respecto a tipos de actividad no incluidos en la misma.

Este servicio es uno de contacto con proveedores, y el asegurado seleccionará el que le sea más útil y se acomode a su presupuesto. Los materiales a utilizar, la supervisión del trabajo y el pago correspondientes a la ejecución de los servicios solicitados y cualquier otro gasto que se produjera por el cumplimiento de tales servicios, será siempre responsabilidad del asegurado. El asegurado y el proveedor establecerán la forma de pago, y el cumplimiento con las reglamentaciones necesarias que se requieren para desarrollar el proyecto tanto en su fase técnica como laboral.

El propósito de la Compañía en recibir el estimado y ser notificada de haberse terminado el trabajo, es el de verificar que el servicio que se provee bajo esta cubierta fue realizado.

## 2.    PROCEDIMIENTO

Todos los servicios para hacer contacto con profesionales deben ser solicitados a la Compañía al teléfono específico que ella tiene para estos efectos durante los horarios laborables. A tal efecto, el Asegurado deberá indicar, además del tipo de servicio que requiera, los siguientes datos:

- Nombre y apellidos.
- Número de póliza.
- Dirección de la vivienda asegurada.
- Número de teléfono.

La operativa de servicio será la que sigue:

### 2.1.    Apertura de servicio

El asegurado contacta con nuestro operador de asistencia para solicitar el servicio, procediendo a la apertura del servicio. Se anotará la fecha y momento para la realización del trabajo, de acuerdo con las necesidades del cliente y la disponibilidad de los profesionales.

### 2.2.    Asignación del servicio al proveedor

Nuestro operador de asistencia comunicará al proveedor que haya seleccionado el cliente los datos del mismo (tipo de reparación o reforma, domicilio, teléfono, etc.) para una mejor realización del estimado.

### 2.3.    Estimado del trabajo

El proveedor, se presentará en el domicilio y verificará el trabajo a realizar y el método más idóneo para su realización.

El proveedor realizará un presupuesto del trabajo. Dicho estimado será comunicado al propio asegurado y a nuestro operador de asistencia (si es posible desde el propio domicilio) de modo que se asegure que el importe y el tipo de servicio son los adecuados.

### 2.4.    Aceptación del trabajo

Una vez que el asegurado haya aceptado el estimado, el proveedor concertará con el cliente la fecha y momento de servicio, siempre informando del mismo a nuestro operador de asistencia.

### 2.5.    Verificación del servicio

Una vez que el trabajo haya sido realizado, nuestro operador de asistencia se encargará de comprobar con el proveedor y el asegurado que la calidad del servicio y del trabajo realizado esté de acuerdo con lo pactado con el asegurado. En caso contrario, previa comprobación por personal de la Compañía, el proveedor procederá a efectuar las modificaciones correspondientes sin costo adicional para el asegurado. Si la Compañía lo considera necesario enviará un segundo proveedor para que proceda con las modificaciones correspondientes, sin costo adicional para el asegurado. Una vez concluido el trabajo, nuestro operador de

04.115 02/99

asistencia procederá al cierre de servicio.

2.6    Garantía

La Compañía otorgará una garantía de 90 días desde la fecha de terminación de las reparaciones y/o reformas efectuadas por profesionales contratados por medio de este servicio de Conexión con Profesionales.

## OTRAS BASES DE LA CUBIERTA

OTRO SEGURO

Las reparaciones derivadas de los servicios contemplados en este endoso serán, en todo caso, en exceso de las que correspondan al Asegurado por otros seguros de cualquier clase concertados con cualquier entidad para los mismos riesgos.

Si efectuamos un servicio bajo esta póliza y el asegurado a o para el cual se efectuó el servicio tiene el derecho de cobrar beneficios de otra parte, estaremos subrogados a tal derecho. El Asegurado hará todo lo necesario para permitirnos ejercer nuestros derechos y evitará cualquier error u omisión posterior a la pérdida que pueda perjudicarnos.

Si efectuamos un servicio bajo este endoso y el asegurado a o para la cual se efectuó el servicio cobra daños de otra parte, dicho asegurado nos reembolsará los pagos que hayamos efectuado a tal respecto.

OBLIGACIONES EN CASO DE RECLAMACION

De ocurrir un accidente, el Asegurado está obligado a:
1.    Emplear los medios a su alcance para aminorar las consecuencias del mismo. El incumplimiento de este deber dará derecho a la Compañía a reducir sus servicios en la proporción en que el Asegurado haya contribuido a la gravedad de los daños, teniendo en cuenta la importancia de los daños derivados del mismo y el grado de culpa del Asegurado.

Si este incumplimiento se produjera con la manifiesta intención de perjudicar o engañar a la Compañía, ésta quedará liberada de todo servicio derivado del accidente.

2.    Solicitar inmediatamente por teléfono la asistencia correspondiente, indicando los datos identificativos mencionados en la sección 2.PROCEDIMIENTO anterior.

3.    Colaborar en la más correcta tramitación de la reclamación, comunicando a la Compañía inmediatamente cualquier notificación judicial, extrajudicial o administrativa que llegue a su conocimiento y esté relacionada con la reclamación.

En cualquier caso no deberán negociar, admitir ni rechazar reclamaciones de terceros perjudicados relativas al accidente salvo con autorización expresa de la Compañía.

## DISPOSICIONES GENERALES

ACCION LEGAL CONTRA LA COMPAÑIA

No se podrá radicar demanda judicial contra la Compañía hasta que se haya cumplido totalmente con los términos de este endoso.

LIBERALIZACION

Si efectuamos un cambio que amplíe la cubierta bajo esta edición de nuestro endoso sin cargo por concepto de prima adicional, ese cambio aplicará automáticamente a su seguro a partir de la fecha en que implantemos el cambio en su estado, siempre que la fecha de implantación caiga 60 días antes de o durante el proceso de la póliza que consta en las declaraciones.

04.115 02/99

Esta Cláusula de Liberalización no aplica a los cambios implantados mediante la introducción de una edición posterior de nuestro endoso.

TERMINACION

Cancelación del endoso: Este endoso puede cancelarse, durante el periodo de vigencia de la misma, de la siguiente manera:
1.  El Asegurado podrá cancelarlo del modo siguiente:
    a.  devolviéndonos este endoso; o
    b.  dándonos una notificación escrita por adelantado de la fecha en que entrará en vigor la cancelación; o
    c.  cancelando la póliza a la que este endoso se encuentra adjunto.

2.  La Compañía puede cancelarlo mediante una notificación enviada al Asegurado a la última dirección dada a la Compañía por escrito, con por lo menos diez días de antelación.
    a.  Si usted no ha pagado la prima, podremos cancelar el endoso en cualquier momento, haciéndoselo saber por lo menos 10 días antes de la fecha efectiva de cancelación.
    b.  Si este endoso ha estado en vigor por un periodo menor de 60 días y no representa una renovación del seguro en nuestra compañía, podremos cancelarlo por cualquier motivo haciéndoselo saber por lo menos 10 días antes de la fecha efectiva de cancelación.
    c.  Si esta póliza ha estado en vigor por un periodo de 60 días o más, o en cualquier momento si representa una renovación del seguro en nuestra compañía, podremos cancelarla:
        1.  Si ha habido una falsificación material de un hecho que, si hubiera sido conocido por nosotros, habría ocasionado la no emisión del endoso; o
        2.  Si el riesgo ha cambiado substancialmente desde que se emitió el endoso.

        Esto puede hacerse notificándoselo por lo menos 30 días antes de la fecha efectiva de cancelación.

    d.  Si este endoso ha sido escrita por un periodo de más de un año, podremos cancelarla por cualquier motivo en el aniversario de su emisión, notificándoselo por lo menos 30 días antes de la fecha efectiva de cancelación.

3.  Si se cancela este endoso, la prima para el periodo desde la fecha de cancelación a la fecha de expiración se le reembolsará prorrateada.

4.  Si la prima a devolver no se le reembolsa junto con la notificación de cancelación, o cuando usted nos devuelva este endoso, se la reembolsaremos después de 15 días desde la fecha efectiva de cancelación, si así lo solicita el asegurado, o de 90 días después de la fecha efectiva de cancelación si no lo solicita el asegurado.

    e.  Si la Compañía cancela la póliza a la que este endoso se encuentra adjunto, el endoso también quedará cancelado.

NO RENOVACION

Podremos elegir no renovar este endoso. Para ello, podremos entregarle personalmente o enviarle por correo a su dirección postal que consta en las Declaraciones una notificación escrita por lo menos 30 días antes de la fecha de expiración de este endoso. El comprobante de envío por correo será prueba suficiente de la notificación.

BANCARROTA

La bancarrota o insolvencia del Asegurado no nos eximirá de ninguna de nuestras obligaciones bajo este endoso.

FRAUDE

La Compañía no proporcionará cubierta a asegurado alguno que haya hecho declaraciones fraudulentas o participado en una conducta fraudulenta en conexión con cualquier accidente o pérdida para los que trate de recibir pagos de cubierta bajo este endoso.

04.122 01/99

ESTE ENDOSO CAMBIA LA POLIZA. POR FAVOR LEAL0 CUIDADOSAMENTE.

## EXCLUSION DE RECLAMACIONES RELACIONADAS CON COMPUTADORAS Y OTROS APARATOS ELECTRONICOS.

Este endoso aplica a los siguientes tipos de póliza:

POLIZA DE PROPIETARIOS DE RESIDENCIA
POLIZA DE SEGUROS DE VIVIENDA
POLIZA  DE AUTOMOVIL PERSONAL
POLIZA FLOTADORA DE TRANSPORTE TERRESTRE

El presente endoso enmienda la póliza, leyendo como sigue:

**(1)** No pagaremos por la pérdida ocasionada directa o indirectamente por cualquiera de las siguientes causas. Tal pérdida no queda cubierta incluso si cualquier otra causa o acontecimiento ha contribuido a la pérdida, ya sea al mismo tiempo 0 en cualquier secuencia.

a.  Falla o defecto de:
 (1) Equipo       (hardware),     programas (software), sistemas operativos, redes o circuitos    integrados    (chips) de computadora u otras piezas, equipos o sistemas     electrónicos     que     sean propiedad de un "asegurado" o de otros; u
 (2) Otros productos, servicios o funciones que utilicen o dependan de los productos   descritos en el párrafo (l)a.(1);

a causa de que uno o mas de estos productos no pueda procesar, reconocer, distinguir,   interpretar   0   aceptar correctamente una o mas fechas u horas. Un ejemplo sería un programa (software) que no pueda aceptar el año 2000; o

b.  Acto u omisión de cualquiera que asesore, diseñe, estime, inspeccione, instale, mantenga, repare, restablezca o supervise a otros para determinar, rectificar o probar problemas reales o potenciales descritos en el párrafo (1)a.

(2) Si la pérdida descrita en el párrafo **(1)** da lugar a un peligro asegurado pagaremos solamente por la pérdida ocasionada por dicho peligro.

(3) No pagaremos para:
a.  Reparar,    restablecer   o   modificar ningún producto; ni
b   Corregir ningún servicio o función realizado en ningún producto;

descrito en el párrafo (1) con el objeto de resolver cualquier falla o defecto descrito en el párrafo (1).

Todas las demás disposiciones de la póliza aplican.

# POLIZA MULTILINEAL PERSONAL

## SECCION II – CUBIERTA DE PROPIEDAD
## FORMULARIO BASICO

---

### CONVENIO

---

En consideración de la prima y observación de las disposiciones correspondientes de esta póliza, nosotros proporcionamos el seguro descrito en esta póliza.

### DEFINICIONES

---

En esta póliza, "usted" y "su", suyo" o "suya" se refieren al "asegurado nombrado" indicado en las Declaraciones, así como al cónyuge si vive en la misma casa. "Nosotros", "nos" y "nuestro/a" se refieren a la Compañía que proporciona este seguro.

1.  "Asegurado" significa usted y los residentes de su hogar que sean:

    a.  Parientes de usted; o bien,
    b.  Otras personas menores de 21 años y que están bajo el cuidado de cualquier persona arriba mencionada.

2.  "Empleado de la residencia" significa:

    a.  Un empleado de un "asegurado" cuyos deberes están relacionados con el mantenimiento o uso del "predio de residencia", incluyendo servicios en el hogar o domésticos; o
    b.  Un empleado que realice deberes similares en otra parte no relacionada con el "negocio" de un "asegurado"

3.  Negocio" incluye el oficio, profesión u ocupación.

4.  "Predio de residencia" significa:

    a.  La vivienda de una familia así como otras estructuras y terrenos; o
    b.  La parte de cualquier otro edificio; en donde usted reside y que aparece como el "predio de   residencia" en las Declaraciones.

    "Predio de residencia" también significa una vivienda de dos familias en donde usted reside en por lo menos una de las dos unidades y que aparece como "predio de residencia" en las Declaraciones.

---

### CUBIERTAS

---

Este seguro aplica a la Localización Descrita, a las Cubiertas para las cuales se indica un Límite de Responsabilidad y a los Peligros Asegurado para los cuales se estipula una prima.

#### CUBIERTA A – Vivienda

Nosotros cubrimos:

1.  la vivienda en la Localización Descrita en las Declaraciones, usada principalmente para fines residenciales, incluyendo las estructuras anexas a la residencia;

2.  materiales y suministros ubicados en o adyacentes a la Localización Descrita, usados para construir, alterar o reparar la vivienda o demás estructuras en la Localización Descrita; y

3.  si no se cubren distintamente en esta póliza, los equipos de edificio y equipos exteriores usados para servir a la Localización Descrita y ubicados ahí.

Esta cubierta no aplica a los terrenos, inclusive los terrenos en que está ubicada la vivienda.

#### CUBIERTA B – Otras Estructuras

Nosotros cubrimos otras estructuras ubicadas en la Localización Descrita, separadas de la vivienda por un espacio libre.  Esto incluye las estructuras conectadas a la residencia por solamente una verja, servidumbre pública o conexión similar.

Esta cubierta no aplica a los terrenos, inclusive  los terrenos en que están ubicadas las otras estructuras.

No cubrimos otras estructuras:

1.  usadas total o parcialmente para fines comerciales, fabriles o agrícolas; o

2.  alquiladas o destinadas para alquiler a cualquier persona que no sea inquilino de la vivienda, a menos que se usen exclusivamente como garaje privado.

#### CUBIERTA C – Propiedad Personal

Cubrimos la propiedad personal poseída o usada por un "asegurado" en cualquier parte del mundo. A petición de usted, cubriremos la propiedad personal poseída por:

1.  Otras personas mientras la propiedad se halla en el "predio de residencia" ocupado por un "asegurado";

2.  Un huésped o un "empleado de la residencia", mientras la propiedad se halla en cualquier residencia ocupada por un "asegurado".

Nuestro límite de responsabilidad por la propiedad personal ubicada normalmente en la residencia de un "asegurado", que no sea el "predio de residencia", es el 10% del límite de responsabilidad de la Cubierta C, o $1,000, la cantidad que sea más alta.  La propiedad personal en una residencia principal recientemente adquirida no está sujeta a esta limitación durante los 30 días a partir de la fecha en, que usted comience a mover la propiedad adquirida a dicha residencia.

**Límites Especiales.** Estos límites no incrementan el límite de responsabilidad de la Cubierta C.  El límite especial para cada categoría numerada abajo es el límite total por cada pérdida de

---

Este Documento contiene Material de Insurance Services Office, Inc.
Derechos Reservados, Insurance Services Office, Inc. 1990

toda la propiedad en esa categoría.

1.  $400 por dinero, billetes de banco, lingotes, oro que no sea artículos de oro, plata que no sea artículos de plata, platino, monedas y medallas.

2.  $2,000 por valores, cuentas, escrituras, evidencias de deuda, cartas de crédito, billetes que no sean billetes de banco, manuscritos, documentos personales, pasaportes, boletos y estampillas. Este límite en dólares aplica a estas categorías independientemente del medio (tales como papel o *software* de computadoras) en los cuales el material exista.

    Este límite incluye el costo de investigar, reemplazar o restaurar la información del material perdido o dañado.

3.  $2,000 por embarcaciones, incluyendo sus remolques, accesorios, equipos y máquinas o motores fuera de borda.

4.  $2,000 por remolques  no utilizado con embarcaciones.

5.  $2,000 por pérdida debida a robo de joyería, relojes, pieles, piedras preciosas semipreciosas.

6.  $3,000 por pérdida debida a robo de artículos de plata, artículos revestidos de plata, artículos de oro, artículos revestidos de oro y artículos de peltre.  Esto incluye cubiertos, vasijas, juegos de té, bandejas y trofeos hechos de, o incluyendo, plata, oro o peltre.

7.  $3,000 por propiedad, en el "predio de residencia", que se utilice en cualquier momento o de cualquier forma para cualquier propósito de "negocio";

8.  $1,000 por propiedad, lejos del "predio de residencia" que se utilice en cualquier momento o de cualquier forma para cualquier propósito de "negocio". No obstante, este límite no aplica a la pérdida de aparatos electrónicos adaptables según descritos en los Límites especiales 9. Y 10. abajo.

9.  $1,000 por pérdida a aparatos electrónicos, mientras se encuentren dentro o sobre un vehículo de motor u otro transporte terrestre motorizado, el aparato electrónico está equipado para ser operado por la energía del sistema eléctrico del vehículo o transporte mientras retiene su capacidad de ser operado por otras fuentes de energía.  Aparatos electrónicos incluye:

    a.  Accesorios o antenas; o

    b.  Cintas, alambres, registros o discos, u otros medios;

    Para usarse con cualquier aparato electrónico.

10. $1,000 por pérdida a aparatos electrónicos, mientras no se encuentren dentro o sobre un vehículo de motor u otro transporte terrestre motorizado, si el aparato electrónico:

    a.  Está equipado para ser operado por la energía del sistema eléctrico del vehículo o transportes mientras

retiene su capacidad de ser operado por otras fuentes de energía;

b.  Está lejos del "predio de residencia"; y

c.  Es utilizado en cualquier momento o de cualquier forma para cualquier propósito de "negocio".

Aparatos electrónicos incluye:

a.  Accesorios y antenas; o

b.  Cintas, alambres, registros, discos, u otros medios;

Para usarse con cualquier aparato electrónico.

11. $500 para la propiedad cubierta almacenada en congeladores o refrigeradores en el "predio de residencia" por pérdida causada por:

    a.  La interrupción del servicio eléctrico a la unidad de refrigeración causada por daño al generador o al equipo de transmisión; o

    b.  La falla mecánica de la unidad que almacena la propiedad.

    La cubierta aplicará solamente si usted ha mantenido la unidad de refrigeración en adecuadas condiciones de funcionamiento inmediatamente antes de la perdida.

    La exclusión #4. Falla en la Energía de la sección de Exclusiones Generales no aplica a esta cubierta #11.

**Propiedad No Cubierta.  No cubrimos:**

1.  artículos descritos por separado y asegurados específicamente en este u otro seguro;

2.  animales, pájaros, ni peces;

3.  aeronaves, ni piezas.  Aeronave significa todo aparato usado o diseñado par a volar, excepto aeronaves a escala o de pasatiempos no usados ni diseñados para transportar personas ni carga;

4.  vehículos motorizados, ni ningún transporte terrestre motorizado.  Esto incluye:

    a.  sus equipos y accesorios; o

    b.  todo dispositivo o instrumento utilizado para transmitir, grabar, recibir o reproducir sonidos o imágenes que funcione mediante energía del sistema eléctrico de los vehículos motorizados o de los demás transportes terrestres motorizados, incluyendo:

        (1)  accesorios o antenas; o

        (2)  cintas, alambres, registros, discos o demás medios a usarse con esos dispositivos o instrumentos;

    mientras están en o sobre el vehículo o transporte.

Cubrimos vehículo o transporte que no estén sujetos el registro de vehículos de motor que sean:

a. usados para servir al "predio de residencia"; o

b. diseñados para asistir a los incapacitados;

5. datos, inclusive los datos almacenados en:

a. libros de contabilidad, planos ni otros registros de papel; ni

b. cintas para el procesamiento electrónico de datos, alambres, registros, discos ni demás medios de soporte de programación (*software*).

No obstante, cubrimos el costo de los medios de registro o almacenamiento en blanco y de los programas de computadoras pre-registrados o pregrabados que se pueden comprar en el mercado al detal;

6. propiedad de huéspedes de cuartos, pensionistas y otros inquilinos, excepto la propiedad de huéspedes y pensionistas emparentados con un "asegurado".

7. propiedad en un apartamento regularmente arrendado o mantenido para alquilar a otras personas por un "asegurado", excepto según se dispone en Otras Cubiertas 11;

8. propiedad arrendada o mantenida para alquiler a otras personas fuera del "predio de residencia";

9. tarjetas de crédito o tarjetas de transferencia de fondos, a excepción de lo dispuesto en Otras Cubiertas 7.

Si usted lleva propiedad personal del "predio de residencia" a una residencia principal recién comprada aplicará el límite de responsabilidad de la Cubierta C en cada residencia durante los treinta (30) días inmediatamente después de que usted comience a llevar allí la propiedad.  Este plazo de tiempo no se extenderá más allá de la expiración de esta póliza.  Nuestra responsabilidad se limita a la parte del límite de responsabilidad que tenga el valor en cada residencia en relación con el valor total de la propiedad personal cubierta por esta póliza.

### CUBIERTA D – Valor de Alquiler Razonable

Si una pérdida a la propiedad descrita en la Cubierta A, B, o C, por motivo de un Peligro Asegurado bajo esta póliza, ocasiona que esa parte de la Localización Descrita alquilada a otros o destinada al alquiler por usted quede inadecuada para su uso normal, nosotros cubrimos su:

**Valor de Alquiler Razonable**, que significa el valor de alquiler razonable de esa parte de la Localización Descrita alquilada a otros o destinada para alquiler por usted, menos los gastos que no continúen mientras esa parte de la Localización Descrita alquilada o destinada al alquiler no sirva para vivir.

El pago se hará por el plazo más corto que sea necesario para reparar o remplazar la parte de la Localización Descrita alquilada o destinada al alquiler.

Si alguna autoridad civil le prohíbe usar la Localización Descrita como resultado de daños directos a una localización adyacente, ocasionados por un Peligro Asegurado en esta póliza, cubrimos la pérdida del Valor de Alquiler Razonable durante un máximo de dos (2) semanas.

Los plazos indicados más arriba no están limitados por la expiración de esta póliza.

No cubrimos pérdidas ni gastos debido a cancelaciones de contratos o convenios de alquiler.

### OTRAS CUBIERTAS

1. **Otras Estructuras.**  Usted puede usar hasta un 10% del límite de responsabilidad de la Cubierta A para una perdida ocasionada por Peligro Asegurado a las estructuras descritas en la Cubierta B.  El pago bajo esta cubierta reduce el límite de responsabilidad de la Cubierta A en el importe pagado por la misma pérdida.

2. **Remoción de Escombros.**  Pagaremos su gasto razonable por la remoción de:

a. escombros de la propiedad cubierta si la pérdida la ocasiona un Peligro Asegurado; o

b. cenizas, polvo o partículas de una erupción volcánica que ha causado un daño directo a un edificio o a la propiedad contenida en el edificio.

Los gastos de remoción de escombros están incluidos en el límite de responsabilidad que aplica a la propiedad dañada.

3. **Mejoras, Alteraciones y Adiciones.**  Si usted es uno de los inquilinos de la Localización Descrita usted podrá usar hasta un 10% del límite de responsabilidad de la Cubierta C para una pérdida ocasionada por un Peligro Asegurado a las mejoras, alteraciones y adiciones, hechas o adquiridas por su cuenta para esa parte de la Localización Descrita que usted usa exclusivamente.

El pago bajo esta cubierta reduce el límite de responsabilidad de la Cubierta C por el importe pagado por la misma pérdida.

4. **Cubierta Mundial.**  Usted podrá usar hasta un 10% del límite de responsabilidad de la Cubierta C para una pérdida ocasionada por un Peligro Asegurado para la propiedad amparada bajo la Cubierta C en cualquier parte del mundo. Esta cubierta no aplica a propiedad de huéspedes o de sirvientes, ni a botes de remos o canoas.

El pago bajo esta cubierta reduce el límite de responsabilidad de la Cubierta C por el importe pagado por la misma pérdida.

5. **Valor de Alquiler.**  Usted puede usar hasta un 20% del límite de responsabilidad de la Cubierta A para pérdida resultante de valor de alquiler razonable, según descrito en la Cubierta D.  Pagaremos solamente un 1/12 de este 10% por cada mes en que la porción arrendada de la Localización Descrita permanezca inservible para su uso normal.  El pago bajo esta cubierta reduce el límite de

responsabilidad de la Cubierta A por el monto pagado para la misma pérdida.

6. **Reparaciones Razonables.** En caso que la propiedad cubierta sea dañada por uno de los correspondientes Peligros Asegurado, pagaremos los gastos razonables que contraiga por concepto de las medidas necesarias que se tomen exclusivamente para proteger la propiedad contra daño adicional. Si las medidas tomadas implican reparaciones a otra propiedad dañada, pagaremos por dichas medidas solamente si esa propiedad está cubierta por esta póliza y el daño a la propiedad es ocasionado por uno de los correspondientes Peligros Asegurados.

Esta cubierta:

a. no aumenta el límite de responsabilidad que aplica a la propiedad cubierta;

b. no le descarga de sus deberes en caso de una pérdida a la propiedad cubierta, conforme se estipula en la condición 4.b.

7. **Propiedad Removida.** Nosotros aseguramos la propiedad cubierta contra la pérdida directa por cualquier motivo mientras se está removiendo de una propiedad amenazada por un Peligro Asegurado y durante un máximo de cinco (5) días durante la remoción.

Esta cubierta no cambia el límite de responsabilidad que aplica a la propiedad que se remueve.

8. **Tarjeta de Crédito, Tarjeta de Transferencia de Fondos, Falsificación y Moneda Falsa.**

Pagaremos, hasta un máximo de $2,000 por:

a. La obligación legal de un "asegurado" de pagar como resultado de robo o uso desautorizado de tarjetas de crédito emitidas o registradas a nombre de un "asegurado";

b. Pérdida resultante del robo o uso desautorizado de una tarjeta de transferencia de fondos utilizada para el depósito, retiro o transferencia de fondos, emitida o registrada a nombre de un "asegurado";

c. Pérdida a un "asegurado" causada por la falsificación o alteración de algún cheque o instrumento negociable; y

d. Pérdida a un "asegurado" por motivo de haber aceptado de buena fe billetes de banco falsos norteamericanos o canadienses.

No cubrimos el uso de una tarjeta de crédito o tarjeta de transferencia de fondos:

a. Por un residente de su hogar;

b. Por una persona a quien se le haya confiado una cualquiera de dichas tarjetas; o

c. Si un "asegurado" no ha satisfecho todos los términos y condiciones de acuerdo con los cuales se han emitido las tarjetas.

Todas las pérdidas resultantes de una serie de actos cometidos por una persona, o en los que una persona esté involucrada o implicada, se considerarán como una sola pérdida.

No cubrimos las pérdidas que pudieran resultar del uso en el "negocio" o falta de honradez de un "asegurado". Esta cubierta es un seguro adicional. No se aplica ningún deducible a esta cubierta.

Defensa:

a. Podemos investigar y liquidar cualquier reclamación o demanda judicial si decidimos que tal proceder es apropiado. Nuestro deber de defender una reclamación o demanda termina cuando la cantidad que pagamos por la pérdida es igual a nuestro Límite de responsabilidad.

b. Si se radica una demanda contra un "asegurado" en cuanto a su responsabilidad bajo la cubierta de Tarjetas de Crédito o Tarjetas de Transferencia de Fondos, proporcionaremos una defensa, a nuestro gasto, mediante un abogado defensor de nuestra elección.

c. Tenemos la opción de defender, a nuestro gasto, a un "asegurado" o el banco de un "asegurado" contra cualquier demanda de ejecución de pago bajo la cubierta de Falsificación.

Pagaremos por concepto de pérdida en aquellos casos en los cuales el asegurado no haya recibido remuneración alguna por parte de cualquier Institución Bancaria o de Tarjetas de Crédito.

9. **Cargo de Servicio por el Departamento de Bomberos.** Nosotros pagaremos hasta un máximo de $500 por su responsabilidad asumida por contrato o convenio en concepto de los cargos del Departamento de Bomberos contraídos cuando se llama a los bomberos a salvar o proteger la propiedad cubierta de un Peligro Asegurado. No cubrimos los cargos de servicio por el Departamento de Bomberos si la propiedad está ubicada dentro de los límites de la ciudad, municipalidad o distrito de protección que suministren los bomberos.

Esta cubierta es un seguro adicional. Ningún deducible aplica a esta cubierta.

10. **Lápidas.** Pagaremos hasta un máximo de $5,000 por lápidas, incluyendo mausoleos, en o fuera de los "predios de residencia" por pérdidas causadas por un peligro asegurado.

Esta cubierta no aumenta los límites de responsabilidad que aplica a la propiedad cubierta dañada.

**11. Inundación.** Pagaremos hasta un máximo de $3,000 por pérdida ocasionada por el peligro de Inundación en el "Predio de residencia".

---

**PELIGROS ASEGURADOS**

---

A menos que la pérdida esté excluida en las Exclusiones Generales, aseguramos contra la pérdida material directa a la propiedad ocasionada por uno de los Peligros a continuación:

**1A. Fuego o rayo.**

**1B. Explosión Interna,** que significa explosión ocurrente en la vivienda o en otra estructura cubierta en la Localización Descrita o en una estructura que contiene propiedad personal cubierta.

Explosión no significa:

**a.** corto circuito;

**b.** rotura de cañerías de agua; o

**c.** rotura u operación de dispositivos para aliviar la presión. Este peligro no incluye pérdida por explosión de calderas de vapor o cañerías de vapor, si son poseídas o arrendadas por usted u operadas bajo su control.

**Cuando en las Declaraciones se indica una Prima para Cubierta Ampliada, los peligros del 2 al 8 inclusive, forman parte de los Peligros Asegurados.**

**2. Tormenta de viento, huracán o granizo.**

Este peligro no incluye pérdidas:

**a.** al interior de un edificio ni a la propiedad contenida en un edificio ocasionadas por lluvia, nieve, cellisca, arena o polvo a menos que la fuerza directa del viento o del granizo dañe el edificio ocasionando una abertura en el techo o en la pared y la lluvia, nieve, cellisca, arena o polvo entren por esta abertura; o

**b.** a la propiedad siguiente si está fuera del edificio:

(1) toldos o marquesinas de lona, metal, plástico o madera, rótulos o antenas de radio o televisión exteriores y otras clases de antenas, inclusive su alambrado, cables de entrada, mástiles o torres; o

(2) botes de remos o canoas.

**3. Explosión.**
Este peligro no incluye pérdida por explosión de calderas de vapor o cañerías de vapor, si son poseídas o arrendadas por usted u operadas bajo su control.

Explosión no significa:

**a.** corto circuito;

**b.** rotura de cañerías; o

**c.** rotura u operación de dispositivos para aliviar la presión.

Este peligro remplaza el peligro 1B.

**4. Motín o conmoción civil.**

**5. Aeronaves,** incluyendo misiles y vehículos espaciales autopropulsados.

**6. Vehículos.**
Este peligro no incluye pérdida:

**a.** causada por un vehículo poseído u operado por usted o por un residente de la Localización Descrita; o

**b.** causada por cualquier vehículo a verjas, entradas para vehículos o aceras.

**7. Humo,** que significa daño repentino y accidental ocasionado por humo.

Este peligro no incluye pérdidas causadas por humo de chimeneas ni de fumigación agrícola o de operaciones industriales.

**8. Erupción Volcánica,** otras que no sean pérdidas ocasionadas por un terremoto, sacudidas terrestres o temblores.

Cuando se indica una Prima por Vandalismo o Daños Maliciosos en las Declaraciones, lo siguiente forma parte de los Peligros Asegurados.

**9. Vandalismo o daños maliciosos.**

Este peligro no incluye pérdidas:

a. a cristales o materiales esmaltados de seguridad que constituyen una parte del edificio, a menos que sean bloques de cristal;

b. por pillaje, hurto, escalamiento o ratería, pero nosotros seremos responsables por daños al edificio cubierto causado por escaladores;

c. a la propiedad en la Localización Descrita si la vivienda ha estado vacante durante más de treinta (30) días consecutivos inmediatamente antes de la pérdida. Una residencia en construcción no se considera vacante.

---

## EXCLUSIONES GENERALES

**A.** No aseguramos contra pérdidas ocasionadas directa o indirectamente por ninguna de las siguientes causas. Dichas pérdidas quedan excluidas independientemente de toda otra causa o suceso que contribuya concurrentemente o en el orden que sea a dicha pérdida.

   **1.** **Ordenanza o Ley,** que significa la ejecución de toda ordenanza o ley que reglamente el uso, construcción, reparación o demolición de un edificio u otra estructura, a menos que se estipule específicamente en esta póliza.

   **2.** **Movimiento de Tierra,** que significa, un terremoto, incluyendo sacudidas terrestres o temblores antes, durante o después de una erupción volcánica; desprendimiento de tierra; flujo de lodo (mudflow); hundimiento, levantamiento o desplazamiento de tierra; a menos que sea una pérdida directa por motivo de:

      **a)** fuego; o
      **b)** explosión;
      y pagaremos entonces solamente por las pérdidas consecuentes.

   **3.** **Daños por Agua,** que significa:

      **a)** Inundación, agua superficial, oleaje, marejada, desbordamiento de una extensión de agua o rocío proveniente de uno de los anteriores, ya sea o no impulsado por el viento;

      **b)** agua que retroceda a través del alcantarillado o drenaje o que se desborde de un sumidero; o

      **c)** agua por debajo de la superficie del suelo, incluyendo el agua que ejerza presión contra o se filtre o gotee a través de un edificio, acera, entrada de vehículos, cimiento, piscina o demás estructuras.

   Está cubierta la pérdida directa por fuego o explosión resultante del daño por agua.

   **4.** **Falla en la Energía,** que significa falla en la energía o demás servicio público si la falla ocurre fuera de la Localización Descrita. Pero si un Peligro Asegurado afecta la Localización Descrita, solamente pagaremos por esa pérdida consecuente.

   **5.** **Negligencia o Descuido,** que significa, su negligencia en tomar todas las medidas razonables para salvar y preservar la propiedad durante y después de que ocurra la pérdida.

   **6.** **Guerra,** inclusive la guerra no declarada, guerra civil, insurrección, rebelión, revolución, actos belicosos por fuerzas militares o personal militar, destrucción o incautación o uso para fines militares, incluyendo las consecuencias de cualquiera de ellos. La descarga de un arma nuclear se considerará acto belicoso, aún sí fuese accidental.

   **7.** **Riesgo Nuclear,** en la medida estipulada en la Cláusula de Riesgo Nuclear en las Condiciones.

   **8.** **Pérdida Intencional,** que significa toda pérdida que surja de un acto cometido:

      **a)** por usted o por órdenes suyas o de cualquier persona u organización nombrada como asegurado adicional; y

      **b)** con la intención de ocasionar la pérdida.

   **9.** No cubrimos pérdida de céspedes, plantas, arbustos o árboles que estén fuera de los edificios.

  **10.** **Reclamaciones relacionadas con computadoras y otros aparatos eléctricos:**

    **a.** No pagaremos por la pérdida ocasionada directa o indirectamente por cualquiera de las siguientes causas. Tal pérdida no queda cubierta incluso si cualquier otra causa o acontecimiento ha contribuido a la pérdida, ya sea al mismo tiempo o en cualquier secuencia.

      **1.** Falla o defecto de:

        **a)** Equipo (hardware), programas (software), sistemas operativos, redes o circuitos integrados (chips) de computadora u otras piezas, equipos o sistemas electrónicos que sean propiedad de un "asegurado" o de otros; u

        **b)** Otros productos, servicios o funciones que utilicen o dependan de los productos descritos en el párrafo a)1(a);

      a causa de que uno o mas de estos productos no pueda procesar, reconocer, distinguir, interpretar o aceptar correctamente una o mas fechas u horas. Un ejemplo sería un programa (software) que no pueda aceptar el año 2000; o

      **2.** Acto u omisión de cualquiera que asesore, diseñe, estime, inspeccione, instale, mantenga, repare, restablezca o supervise a otros para determinar, rectificar o probar problemas reales o potenciales descritos en el párrafo a(1).

    **b.** Si la pérdida descrita en el párrafo (a) da lugar a un peligro asegurado pagaremos solamente por la pérdida ocasionada por dicho peligro.

    **c.** No pagaremos para:

      **1.** Reparar, restablecer o modificar ningún producto; ni

      **2.** Corregir ningún servicio o función realizado en ningún producto;

    descrito en el párrafo (a) con el objeto de resolver cualquier falla o defecto descrito en el párrafo (a).

**B.** No aseguramos contra pérdida a la propiedad descrita en la Cubierta A y B ocasionada por cualquiera de los siguientes. No obstante, está cubierta toda pérdida

resultante a la propiedad descrita en las Cubiertas A y B que no está excluida ni exceptuada en esta póliza.

1. **Condiciones atmosféricas.** No obstante, esta exclusión aplica solamente si para ocasionar la pérdida las condiciones atmosféricas contribuyen de algún modo a una de las causas o sucesos excluidos en el precedente párrafo uno que produzca la pérdida;

2. **Actos o decisiones**, inclusive el no obrar o decidir, de toda persona, grupo, organización o cuerpo gubernamental;

3. **Imperfectos, inadecuados, defectuosos**:

a) Planificación, zonificación, desarrollo, agrimensura, ubicación;

b) Diseño, especificaciones, mano de obra, reparación, construcción, renovación, remodelación, nivelación, solidificación o compactación;

c) Materiales usados en la reparación, construcción, renovación o remodelación; ni

d) Mantenimiento departe o toda la propiedad, esté o no esté en el "Predio de residencia".

## CONDICIONES

1. **Vigencia de la Póliza.** Esta póliza aplica solamente a las pérdidas que ocurran durante la vigencia de la póliza.

2. **Interés Asegurable y Límites de Responsabilidad.** Así haya más de una persona que tenga un interés asegurable en la propiedad cubierta, en una pérdida determinada no seremos responsables:

a. por una cantidad mayor de la del interés de una persona asegurada bajo esta póliza; ni

b. por más del límite de responsabilidad aplicable.

3. **Encubrimiento o Fraude.** La totalidad de la póliza será anulada si, antes o después de una pérdida, usted:

a. ha encubierto o falsificado intencionalmente algún hecho material o circunstancia;

b. se ha comportado de modo fraudulento; o

c. ha presentado declaraciones falsas; en lo relacionado a esta póliza.

4. **Sus Deberes Después de una Pérdida.** En caso de pérdidas a la propiedad cubierta, usted debe asegurarse de que se cumpla lo siguiente:

a. Notificarnos a nosotros o a nuestro agente oportunamente

b. (1) proteger la propiedad contra daños adicionales;

(2) efectuar las reparaciones razonables y necesarias para proteger la propiedad; y

(3) mantener un registro exacto de los gastos de reparación;

c. preparar un inventario de la propiedad personal dañada que indique la cantidad, la descripción, el valor real en efectivo y la cantidad de pérdida. Acompañar todas las facturas, los recibos y los documentos relacionados que justifiquen las cifras del inventario;

d. con la frecuencia con que razonablemente le exijamos:

(1) mostrar la propiedad dañada;

(2) proporcionarnos los expedientes y documentos que solicitemos y permitirnos hacer copias; y

(3) someterse a interrogatorio bajo juramento, en la ausencia de cualquier otro asegurado nombrado, y firmarlo;

e. enviarnos, dentro de los sesenta (60) días después de nuestra solicitud, su prueba de pérdida, firmada y jurada, en que se estipule, según su mejor entender y conocimiento:

(1) la hora y causa de la pérdida;

(2) su interés y el de los demás en la propiedad afectada, así como todos los gravámenes contra la propiedad;

(3) otros seguros que puedan cubrir la pérdida;

(4) cambios en el título u ocupación de la propiedad durante el plazo de la póliza;

(5) especificaciones de los edificios dañados y estimados detallados de las reparaciones;

(6) el inventario de la propiedad personal dañada, descrito en el 4c;

(7) los recibos de gastos adicionales de vivienda contraídos, así como los documentos que respalden la pérdida del valor de alquiler razonable.

5. **Ajuste de Pérdidas.** Las pérdidas a la propiedad cubierta son ajustadas al valor real en efectivo al momento de la pérdida, pero sin exceder la cantidad requerida para reparar o remplazar la propiedad dañada.

6. **Pérdida a un Par o a un Juego.** Si hay una pérdida a un par o a un juego, podremos elegir:

a. reparar o remplazar cualquier pieza para restaurar el par o el juego al valor que tenía antes de la pérdida; o

b. pagar la diferencia entre el valor real en efectivo de la propiedad antes y después de la pérdida.

7. **Remplazo de Cristales.** La pérdida por daños a cristales ocasionados por los Peligros Asegurados se liquidará en

base del remplazo con material esmaltado de seguridad cuando así lo exijan las ordenanzas o la ley.

8. **Tasación.** Si usted y nosotros no llegamos a un acuerdo sobre la cantidad de pérdida, cualquiera de los dos podrá solicitar que se ajuste la pérdida mediante tasación. Si ello sucediese, cada una de las partes escogerá a un tasador competente, dentro de los veinte (20) días después de haber recibido aviso por escrito de la otra parte. Los dos tasadores escogerán a un árbitro. Si no convienen en un árbitro dentro de los quince (15) días, usted o nosotros podremos solicitar que la selección sea hecha por un juez de un tribunal de registro en el estado en que esté ubicada la Localización Descrita. Cada uno de los tasadores establecerá independientemente la cantidad de la pérdida. Si los tasadores nos presentan por escrito un informe de un acuerdo, la cantidad acordada será la cantidad de la pérdida. Si no llegan a un acuerdo, remitirán sus diferencias al árbitro. Una decisión en que cualesquiera dos estén de acuerdo será la cantidad de la pérdida.

Cada una de las partes:

   a. pagará a su propio tasador; y

   b. compartirá igualmente los demás gastos de la tasación y del árbitro.

9. **Otros Seguros.** Si la propiedad cubierta por esta póliza también está cubierta por otro seguro contra fuego, nosotros pagaremos solamente la parte de una pérdida causada por un Peligro Asegurado conforme a esta póliza que el límite de responsabilidad que corresponda a esta póliza tenga en relación con la cantidad total de seguros contra fuego que cubran la propiedad.

10. **Subrogación.** Usted puede renunciar por escrito, antes de una pérdida, a todos los derechos de recuperación contra cualquier persona. Si no hay renuncia podremos exigir una cesión de todos los derechos de recuperación por una pérdida hasta la medida que efectuemos el pago.

Si se procura una cesión, la persona asegurada deberá firmar y entregar todos los documentos relacionados y cooperar con nosotros.

11. **Demanda Contra Nosotros.** No se podrá presentar una acción a menos que se hayan satisfecho las disposiciones de esta póliza y la acción se inicie dentro de un plazo de un año después de la fecha de la pérdida.

12. **Nuestra Opción.** Si le damos a usted un aviso por escrito dentro de los treinta (30) días después de que recibamos su prueba de pérdida firmada y jurada, podremos reparar o remplazar cualquier parte de la propiedad dañada con una propiedad semejante.

13. **Pago de la Pérdida.** Nosotros ajustaremos con usted todas las pérdidas. Le pagaremos a usted a menos que en la póliza se nombre a otra persona u éste tenga el derecho legal de recibir el pago. La pérdida se pagará sesenta (60) días después de que recibamos su prueba de pérdida y:

   a. lleguemos a un acuerdo con usted;

   b. se registre un fallo final; o

   c. se nos presente un laudo de tasación.

14. **Abandono de Propiedad.** No tenemos ninguna obligación de aceptar propiedades que usted haya abandonado.

15. **Cláusula Hipotecaria.** La expresión "acreedor hipotecario" incluye el fiduciario.

Si se nombra en esta póliza un acreedor hipotecario, toda pérdida pagadera bajo las Cubiertas A o B será pagada al acreedor hipotecario y a usted, según aparezcan los intereses. Si se nombra a más de un acreedor hipotecario, el orden de pago será el mismo que el orden de precedencia de las hipotecas.

Si denegamos a su reclamación, esa denegación no aplicará a una reclamación válida del acreedor hipotecario, si el acreedor hipotecario:

   a. nos avisa de algún cambio en propiedad, ocupación o cambio considerable en el riesgo que sea de conocimiento del acreedor hipotecario.

   b. paga, a petición, cualquier prima vencida por esta póliza, si usted no ha pagado la prima; y

   c. presenta una declaración de pérdida, firmada y jurada, dentro de los sesenta (60) días después de recibir nuestro aviso de que usted no lo hizo. Aplican al acreedor hipotecario las condiciones de la póliza referentes a Tasación. Demanda contra nosotros y Pago por pérdida.

Si nosotros decidimos cancelar o no renovar esta póliza, al acreedor hipotecario se le dará un aviso previo de por lo menos diez (10) días antes de que la cancelación o la no renovación sea efectiva.

Si le pagamos una pérdida al acreedor hipotecario y denegamos el pago a usted:

   a. quedamos subrogados a todos los derechos del acreedor hipotecario, concedidos bajo la hipoteca sobre la propiedad; o

   b. a opción nuestra, podremos pagar al acreedor hipotecario la totalidad del principal de la hipoteca más los intereses acumulados. En tal caso, recibiremos una cesión y traspaso total de la hipoteca y de todos los valores retenidos como garantía colateral de I adeuda de la hipoteca.

La subrogación no menoscabará el derecho del acreedor hipotecario de recuperar la cantidad total de la reclamación del acreedor hipotecario.

16. **Ningún Beneficio al Depositario.** No reconoceremos ninguna cesión ni otorgaremos ninguna cubierta que beneficie a una persona u organización que retenga, almacene, o traslade propiedades a cambio de paga,

Este Documento contiene Material de Insurance Services Office, Inc.
Derechos Reservados, Insurance Services Office, Inc. 1990

independientemente de las demás disposiciones de esta póliza.

17. **Cancelación.**

   **a.** usted puede cancelar esta póliza en cualquier momento si nos la devuelve o nos informa por escrito la fecha en que la cancelación será efectiva.

   **b.** nosotros podremos cancelar esta póliza solamente por las razones indicadas a continuación, informándole por escrito la fecha en que la cancelación será efectiva. Este aviso de cancelación se le podrá entregar personalmente, o enviar por correo a la dirección postal que consta en las Declaraciones.

   El comprobante de envío por correo será prueba suficiente del aviso.

   **(1)** Si usted no ha pagado la prima, podremos cancelar en cualquier momento, informándole por lo menos diez (10) días antes de la fecha en que la cancelación será efectiva.

   **(2)** Si esta póliza ha estado en vigor por menos de sesenta (60) días y no es de renovación con nosotros, podremos cancelar por cualquier motivo informándole por lo menos (10) días antes de la fecha en que la cancelación será efectiva.

   **(3)** Si esta póliza ha estado en vigor por sesenta (60) o más días, o en cualquier momento si es de renovación con nosotros, podremos cancelar:

       **(a)** si ha habido alguna falsificación material de un hecho que, si hubiéramos sabido, no hubiéramos expedido la póliza.

       **(b)** si, desde que se expidió la póliza, el riesgo cambió de modo considerable.

       Esto se podrá hacer informándole por lo menos treinta (30) días antes de la fecha en que la cancelación será efectiva.

   **(4)** Si esta póliza se ha suscrito por un período de más de un año, podremos cancelar por cualquier motivo en el aniversario, informándole por lo menos treinta (30) días antes de la fecha en que la cancelación será efectiva.

       **(a)** Cuando se cancele esta póliza, la prima del período comprendido entre la fecha de cancelación y la fecha de vencimiento será rembolsada de modo prorrateado.

       **(b)** Si la prima a devolver no se rembolsa con el aviso de cancelación o cuando se nos devuelva esta póliza, nosotros la rembolsaremos dentro de un plazo de tiempo razonable después de que sea efectiva la fecha de cancelación.

18. **No Renovación.** Podremos optar por no renovar la póliza. Para ello, podremos entregarle personalmente, o enviarle por correo a la dirección postal que consta en las Declaraciones, un aviso por escrito, por lo menos treinta (30) días antes de la fecha de vencimiento de esta póliza. El comprobante de envío por correo será prueba suficiente del aviso.

19. **Cláusula de Liberación.** Si efectuamos un cambio que amplíe la cubierta conforme a esta edición de nuestra póliza sin que haya prima adicional, ese cambio aplicará automáticamente a su seguro a partir de la fecha en que implementemos el cambio en su Estado, provisto que la fecha de implementación caiga sesenta (60) días antes de o durante el período de la póliza que consta en las Declaraciones.

   Esta Cláusula de Liberación no aplica a los cambios implementados debido a la introducción de una edición posterior de nuestra póliza.

20. **Renuncia o Cambio de las Disposiciones de la Póliza.** Toda renuncia o cambio de alguna disposición de esta póliza, deberá ser hecha por nosotros por escrito para que sea válida. Nuestra solicitud de una tasación o examen no será renuncia de ninguno de nuestros derechos.

21. **Cesión.** La cesión de esta póliza no será válida a menos que demos nuestro consentimiento por escrito.

22. **Muerte.** Si usted fallece, nosotros aseguramos:

   **a.** a sus representantes legales pero sólo con respecto a la propiedad del difunto cubierta por la póliza en el momento del fallecimiento;

   **b.** con respecto a su propiedad, a la persona que tenga la debida custodia provisional de la propiedad hasta que se nombre a un representante legal.

23. **Cláusula de Riesgo Nuclear.**

   **a.** "Riesgo Nuclear" significa cualquier reacción o radiación nuclear o contaminación, radioactiva, ya sean controladas o no controladas, fuere cual fuere el modo en que suceda y toda consecuencia de ellas.

   **b.** La pérdida ocasionada por el riesgo nuclear no será considerada pérdida por fuego, explosión o humo, inclusive si estos peligros están específicamente estipulados o distintamente incluidos en los Peligros Asegurados.

   **c.** Esta póliza no aplica a pérdidas ocasionadas directa o indirectamente por el riesgo nuclear, excepto que se cubre la pérdida directa por fuego resultante del riesgo nuclear.

24. **Propiedad Recuperada.** Si usted o nosotros recuperamos propiedad por la cual hayamos pagado conforme a esta póliza, usted o nosotros avisaremos al otro acerca de la recuperación. A opción suya, la propiedad le será devuelta o usted la retendrá o, de lo contrario, pasará a ser de nuestra propiedad. Si la

propiedad recuperada le es devuelta o usted la retiene, el pago por pérdida será ajustado en base a la cantidad que usted recibió por la propiedad recuperada.

**25. Período de Erupción Volcánica.** Una o más erupciones volcánicas que ocurran dentro de un período de setenta y dos (72) horas serán consideradas como una sola erupción volcánica.

**EXCLUSION POR DAÑOS PUNITIVOS**

U-805 (ED. 11/90)

Se añade la siguiente exclusión a la sección que provee la
Cubierta de Responsabilidad en esta póliza:

No empece lo estipulado en cualquier Cláusula
de esta póliza, este seguro no aplica a daños
punitivos.

U-805 (ED. 11/90)

**EXCLUSION POR DAÑOS PUNITIVOS**

U-805 (ED. 11/90)

Se añade la siguiente exclusión a la sección que provee la
Cubierta de Responsabilidad de esta póliza:

No empece lo estipulado en cualquier Cláusula
de esta póliza, este seguro no aplica a daños
punitivos.

U-805 (ED. 11/90)

PUNITIVE OR EXEMPLARY DAMAGE EXCLUSION

U-805 (ED. 11/90)

The following exclusion is added to the Liability Part of this policy:

    This insurance does not apply to punitive or exemplary damages, regardles of any provision in this policy.

U-805 (ED. 11/90)

PUNITIVE OR EXEMPLARY DAMAGE EXCLUSION

U-805 (ED. 11/90)

The following exclusion is added to the Liability Part of this policy:

    This insurance does not apply to punitive or exemplary damages, regardles of any provision in this policy.

U-805 (ED. 11/90)

**IL N 133 PRS 12 05**

# AVISO PARA PUERTO RICO SOBRE TERREMOTO

Los endosos **HO 23 53,** Terremoto – Puerto Rico y **DP 04 96,** Terremoto – Puerto Rico, excluyen cobertura para daños que resulten directa o indirectamente de un maremoto. Un ejemplo de un maremoto es un tsunami. Por lo tanto, la cobertura bajo estos endosos no incluye pérdidas que resulten directa o indirectamente de un tsunami, ya sea causado por, resultante de, contribuyente a, o agravado por un terremoto.

**DP 03 44 PRS 05 04**

ESTE ENDOSO CAMBIA LA PÓLIZA. POR FAVOR, LÉALO CUIDADOSAMENTE.

**ENDOSO OBLIGATORIO DE PRIMAS Y CONDICIONES DE CUBIERTA – PUERTO RICO**

Por la presente se entiende y se conviene que de conformidad con las reglas aprobadas por el Comisionado de Seguros de Puerto Rico, la presente póliza queda enmendada según las condiciones y estipulaciones vertidas a continuación:

1. **Primas de Póliza Pagadas en su Totalidad por Usted:** Si las primas de esta póliza han de ser pagadas en su totalidad por usted y éstas no están sujetas a financiamiento alguno, según lo contemplado en este Endoso, la cubierta del seguro será concedida siempre y cuando se haya pagado la prima total a, y ésta se haya recibido por, nosotros o nuestro representante autorizado en o antes de la fecha de efectividad indicada en las declaraciones de esta póliza. De lo contrario, la póliza entrará en vigor en la fecha en que se haya pagado la prima total a, y se haya recibido por, nosotros o nuestro representante autorizado, y procederemos según indica la Sección 9 de este endoso.

2. **Primas de Póliza Sujetas a Nuestro Plan de Pago Diferido:** De nosotros tener disponible algún plan de pago diferido debidamente aprobado por el Comisionado de Seguros de Puerto Rico bajo el cual las primas de esta póliza serán pagadas, la cubierta será concedida siempre y cuando se haya efectuado el pago inicial o el pronto pago bajo dicho plan a, y se haya recibido por, nosotros o nuestro representante autorizado, en o antes de la fecha de efectividad reflejada en las declaraciones de esta póliza. De lo contrario, la póliza entrará en vigor en la fecha en que se haya efectuado el total del pago inicial o pronto pago a, y el mismo se haya recibido por, nosotros o nuestro representante autorizado, y procederemos según indica la Sección 9 de este endoso.

3. **Primas de Póliza a ser Financiadas como Parte de una Transacción de Financiamiento o Arrendamiento:** Si las primas de esta póliza están siendo financiadas en su totalidad (y por ende usted no ha efectuado pago inicial o pronto pago) en relación con el financiamiento o arrendamiento de una propiedad, la cubierta del seguro se concederá a la fecha de efectividad reflejada en las declaraciones de esta póliza unicamente si se ha recibido, por nosotros, del banco o institución financiera la correspondiente prima total dentro de los treinta (30) días subsiguientes al último día del mes en que la póliza ha de entrar en vigor.

   En la eventualidad de que no se haya recibido por nosotros o nuestro representante autorizado el pago del banco o institución financiera para la fecha de vencimiento antes indicada, no se concederá cubierta alguna bajo esta póliza y la misma será nula a la fecha en que debió entrar en vigor.

4. **Primas de Póliza a ser Financiadas por Institución Financiera o por un Banco:** Si las primas de esta póliza han de ser financiadas por alguna institución financiera o un banco en una situación no cubierta por la Sección 3 que antecede, esta póliza entrará en vigor en la fecha en que se haya recibido, por nosotros o nuestro representante autorizado, el pronto pago de un mínimo de 20% de la prima total anual a ser pagada por usted, acompañado del correspondiente contrato de financiamiento de primas debidamente firmado.

   En la eventualidad de que la institución financiera o el banco no efectúe el correspondiente pago y dicho pago no sea recibido por nosotros o nuestro representante autorizado dentro de los treinta (30) días subsiguientes a la fecha de incepción de la póliza, habremos de cancelar la póliza de conformidad con la cláusula de cancelación de esta póliza.

5. **Primas de Póliza a ser Pagadas por Usted bajo Cuenta Plica:** De emitirse esta póliza en relación con el financiamiento o arrendamiento de propiedad y las primas de esta póliza habrán de ser pagadas con fondos procedentes de una cuenta plica, la cubierta del seguro será concedida en la fecha de efectividad reflejada en las declaraciones de esta póliza unicamente si se ha recibido, por nosotros, del banco o institución financiera, la correspondiente prima total dentro de los treinta (30) días subsiguientes al último día del mes en que la póliza ha de entrar en vigor.

   En la eventualidad de que el pago del banco o institución financiera no sea recibido por nosotros o nuestro representante autorizado para la fecha de vencimiento antes indicada, la cubierta de seguros bajo esta póliza no será concedida y la misma será nula a la fecha en que debió entrar en vigor.

6. **Primas de Póliza a ser Pagadas Parcialmente con Réditos de Cancelaciones de Seguros de Interés Sencillo:** Si alguna parte de la prima total de esta póliza ha de ser pagada con réditos de la devolución de primas resultantes de una cancelación de póliza o certificado de interés sencillo, esta póliza entrará en vigor en la fecha en que se haya pagado a, y se haya recibo por, nosotros o nuestro representante autorizado, la cantidad mayor entre las siguientes:

   **a.** 20% de la prima anual correspondiente a esta póliza, o

   **b.** La diferencia entre la prima total pagadera bajo esta póliza y los réditos de la devolución de primas provenientes de la cancelación de la póliza o certificado de interés sencillo.

   Si esta devolución de prima no es recibida por nosotros o nuestro representante autorizado dentro de los sesenta (60) días siguientes al último día del mes en el que esta póliza entró en vigor, nosotros le enviaremos a usted un Aviso de Cancelación, de conformidad con la cláusula de cancelación de esta póliza, cuya cancelación será efectiva en la fecha en que queden agotadas las primas que usted haya pagado.

7. **Prima de Endoso:** Los endosos emitidos después de la fecha de incepción de esta póliza concediendo seguro adicional y los cuales resulten en alguna prima adicional, no entrarán en vigor hasta tanto la prima total adicional de los mismos se haya pagado en su totalidad a, y se haya recibido por, nosotros o nuestro representante autorizado. Este procedimiento será seguido si las primas de esta póliza se han pagado en su totalidad por usted o si se han financiado por banco o institución financiera. De las primas de esta póliza estar sujetas a un plan de pago diferido, dicho endoso no entrará en vigor hasta tanto se haya pagado a, y se haya recibido por, nosotros o nuestro representante autorizado, un pronto pago por concepto de la prima adicional de conformidad con dicho plan, y de igual manera los pagos subsiguientes bajo el plan se enmiendan para incluir aquella parte de la prima adicional para el endoso que quede pendiente de pago.

8. **Corrección de Primas:** Cualesquiera primas adicionales que se adeuden como resultado de cambios en tarifas, clasificaciones, bases de primas o cualesquiera otros ajustes (según determinado por nosotros o por la correspondiente organización tarifadora) serán pagadas en su totalidad dentro de los treinta (30) días de la fecha de facturación del endoso correctivo. Si el pago correspondiente a esta póliza está sujeto a un plan de pago diferido o a un contrato de financiamiento de primas, se deberá pagar a, y se deberá recibir por, nosotros o nuestro representante autorizado, un pronto pago por concepto de las primas adicionales, de conformidad con dicho plan o contrato de financiamiento, dentro del mismo plazo de treinta (30) días, y de igual manera los pagos subsiguientes bajo el plan de pago serán enmendados para incluir la parte no pagada de la prima adicional para el endoso. De lo contrario, le enviaremos a usted un Aviso de Cancelación de conformidad con la cláusula de cancelación de esta póliza, usando la suma de la prima total original más la prima por el endoso correctivo como base para el cómputo de la cantidad de la devolución de la prima, si alguna, que se le adeude a usted.

9. **Pagos Atrasados:** De recibirse el pago después de la fecha de vencimiento indicada, procederemos de la siguiente manera:

   **a**. Para pólizas nuevas (Secciones **1** y **2** antes indicadas) emitiremos un Aviso de Cambio de Fecha de Efectividad de Cubierta, indicando:

   **(1)** que el seguro que se concede bajo la póliza entrará en vigor a partir de la fecha en que se reciba el pago de la prima aplicable,

   **(2)** las fechas enmendadas de incepción y de vencimiento de la póliza que resulten, las cuales serán aplazadas por el mismo número de días en que no se concedió cubierta debido al recibo tardío del pago de la prima, y

   **(3)** el correspondiente período durante el cual no se concede cubierta bajo la póliza.

   **b.** Para endosos de corrección de primas (Sección **8** antes indicada), emitiremos, sujeto a la reglamentación aplicable, un Aviso de Reinstalación limitada, indicando:

   **(1)** que el seguro que se concede bajo la póliza será reinstalado a partir de la fecha en que se reciba el pago aplicable de la prima adicional,

   **(2)** el período durante el cual no se concede cubierta, y

   **(3)** el monto de la devolución de prima, si alguna, que se le adeude a usted.

10. **Cancelación de Póliza:** Cuando se incurre en falta de pago de cualquier prima adeudada en su fecha de vencimiento bajo una póliza vigente, nosotros debemos, dentro de los próximos veinte (20) días subsiguientes a la fecha de vencimiento, emitir un Aviso de Cancelación de conformidad con las disposiciones de esta póliza.

11. **Definición de Representante Autorizado:** Para fines de este endoso, representante autorizado significa un agente general, agente de redacción de pólizas autorizado, o una persona debidamente autorizada por nosotros, por escrito, para efectos del cobro de primas.

12. Este endoso obligatorio reemplaza cualesquiera otras condiciones que existan a estos efectos en la póliza al que se aneja el presente.

Edificio MAPFRE
297 Calle César González, San Juan PR 00918-1338



PO Box 70333, San Juan PR 00936-8333
**T** 787.250.6500  **F** 787.250.5370  **W** www.mapfre.pr

15 de junio de 2023

ALEXIS RAMIREZ ROSADO Y/O  ELSIE ENID BERRIOS
URB SANTA ROSA
28-17 CALLE 13
BAYAMON PR 00959-6562

| | |
|---|---|
| Asegurado: | ALEXIS RAMIREZ ROSADO Y/O  ELSIE ENID BERRIOS |
| Número de Póliza: | 1777238006264 |
| Número de Expediente: | AL-ELS-0000 |
| Importe: | $452.00 |
| Riesgo: | URB SANTA ROSA  BAYAMON 00959-1847 |

Estimado(a) señor(a):

Certificamos que la prima para la póliza de referencia, la cual cubre el término 09 de junio de 2023 al 09 de junio de 2024:

   - Nos fue pagada en su totalidad sin haber sido financiada.

La compañía se reserva el derecho de no proveer cubierta si ocurre una de las siguientes situaciones:

  La póliza ha sido financiada y no se cumple con los acuerdos de pago y la institución solicita su  cancelación.
  - El cheque o transacción electrónica por medio de ACH, Visa/Master Card y AMEX con que se  efectuó el pago fuera rechazado por el banco.

Cordialmente,

Sheila Román
Gerente
Departamento de Cobros

Código: 44941 Nombre: JOSE A. MORENO ROMAN
Sucursal: BAYAMON

MAPFRE PRAICO INSURANCE COMPANY
MAPFRE PAN AMERICAN INSURANCE COMPANY
MAPFRE LIFE INSURANCE COMPANY OF PUERTO RICO