# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

## Minute Entry

### Hearing Information:

**Debtor**: ALEXIS RAMIREZ ROSADO
**Case Number**: 23-01428-MCF11        **Chapter:** 11
**Date / Time / Room**: 06/27/2023 1:30 PM
**Bankruptcy Judge**: MILDRED CABAN FLORES
**Courtroom Clerk**: ED BUJOSA
**Reporter / ECR**: JOSE ROMO

### Matter:

DEBTOR'S MOTION FOR CONTINUANCE OF THE AUTOMATIC STAY (DKT #12)

MOTION TO DISMISS CASE WITH BAR TO RE-FILE AND OPPOSITION FOR CONTINUANCE OF THE AUTOMATIC STAY FILED BY BANCO POPULAR DE PUERTO RICO (DKT #20)

### Appearances:

Anibal Medina Rios on behalf of Debtor
Kevin Rivera Medina on behalf of Banco Popular de Puerto Rico

### Minutes of Proceedings:

**ORDER**:

For the reasons stated in open court, the Debtor's motion for continuance of the automatic stay (Docket No. 12) is denied. The motion to dismiss filed by Banco Popular de Puerto Rico (Docket No. 20) is granted with a bar to re-file of one (1) year.

/s/MILDRED CABAN FLORES
**U.S. Bankruptcy Judge**